1  YITAI HU (SBN 248085) yhu@akingump.com
   STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
2  SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
   SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Two Palo Alto Square
4  3000 El Camino Real, Suite 400
   Palo Alto, CA 94306
5  Telephone:  650.838.2000
   Facsimile:   650.838.2001
6
   Attorneys for Plaintiff
7  EPISTAR CORPORATION

   ORIGINAL

   ADR

   E-FILING

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                   SAN JOSE DIVISION
11
12  EPISTAR CORPORATION,            Case No. C07 05194
13
14                 Plaintiff,       EPISTAR CORPORATION'S
                                    CERTIFICATION OF
15       v.                         INTERESTED ENTITIES OR
                                    PERSONS PURSUANT TO LOCAL
16  PHILIPS LUMILEDS LIGHTING       RULE 3-16
    COMPANY, LLC,
17
                   Defendant.
18
19
20
21
22
23
24
25
26
27
28

---
EPISTAR'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
2  than the named parties, there is no such interest to report.

Dated: October 10, 2007           AKIN GUMP STRAUSS HAUER & FELD LLP

                                  By _____
                                              Yitai Hu

                                  Attorneys for Plaintiff
                                  EPISTAR CORPORATION