**ADR**

1  YITAI HU (SBN 248085) yhu@akingump.com
2  STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
   SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
3  SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
4  Two Palo Alto Square
   3000 El Camino Real, Suite 400
5  Palo Alto, CA 94306
   Telephone:    650.838.2000
6  Facsimile:    650.838.2001

7  Attorneys for Plaintiff
   EPISTAR CORPORATION

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN JOSE DIVISION

11
12  EPISTAR CORPORATION,         Case No. C07 05194
13                               EPISTAR CORPORATION'S
              Plaintiff,         DISCLOSURE STATEMENT
14                               PURSUANT TO FED. R. CIV. P. 7.1
         v.
15
    PHILIPS LUMILEDS LIGHTING
16  COMPANY, LLC,
17
              Defendant.
18

---

EPISTAR'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned
2 | states that Epistar Corporation does not have a parent corporation and there is no
3 | publicly held corporation that owns 10% or more of its stock.

Dated: October 10, 2007

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
    Yitai Hu

Attorneys for Plaintiff
EPISTAR CORPORATION

---

1

EPISTAR'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1