YITAI HU (SBN 248085) yhu@akingump.com
STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:   650.838.2000
Facsimile:   650.838.2001

Attorneys for Plaintiff
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>　　　　　　　Defendant. | Case No. C 07-05194 JF<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT PHILIPS LUMILEDS LIGHTING COMPANY, LLC** |

PROOF OF SERVICE                                                                                         Case No. C 07-05194 JF

✑AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/1/2007 |
| NAME OF SERVER *(PRINT)* Randolph Haumann | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   370 West Trimble Road, San Jose, CA 95131

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):
   Jamaisse Thomas, Receptionist, authorized to accept service on behalf of Philips Lumileds Lighting Company, LLC, at 3:00 PM

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES $118.80 | TOTAL $118.80 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/2/2007__      *Randolph Haumann*
                Date                            *Signature of Server*

                              75 Columbia Square, San Francisco, CA 94103
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.