MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant
PHILIPS LUMILEDS LIGHTING COMPANY,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>               Plaintiff,<br><br>            vs.<br><br>PHILIPS LUMILEDS LIGHTING<br>COMPANY, LLC,<br><br>              Defendant. | Case No. C 07-5194 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PHILIPS LUMILEDS LIGHTING COMPANY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**FILED IN THE EARLIEST FILED CASES (CASE NOS. C 00-2518 CW, C 02-5077 CW, AND C 03-1130 CW) AND LODGED IN THE LATER FILED CASES (CASE NOS. C 07-5194 JF & 05-4521 RMW)**<br><br>[Civ. L.R. 3-12] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7631466.1

[PROPOSED] ORDER GRANTING ADMIN. MOTION
RE: RELATED CASES; C 07-5194 JF

**[PROPOSED] ORDER**

The Court having considered the papers submitted, and the papers on file in this case, and good cause appearing, IT IS HEREBY ORDERED:

Lumileds Lighting U.S., LLC's Administrative Motion to Consider Whether Cases Should be Related is **GRANTED**.

The two cases set forth below are deemed related to *United Epitaxy Co., Ltd. v. Hewlett-Packard Co., et al.*, Case No. C 00-2518 CW, *Lumileds Lighting U.S., LLC v. Citizen Electronics Co., Ltd., et al.*, Case No. C 02-5077 CW, and *Epistar Corp. v. Lumileds Lighting U.S., LLC*, No. C 03-1130 CW:

(1) *Epistar v. Philips Lumileds*, Case No. 07-5194 JF

(2) *Lumileds Lighting U.S., LLC v. Epistar Corp. & United Epitaxy Co., Ltd.*, Case No. 05-4521 RMW

Both of the above related cases shall be reassigned to Judge Wilken. All future filings in the reassigned cases shall bear the initials of Judge Wilken immediately after the case number.

**IT IS SO ORDERED.**

Date: _____        _____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7631466.1                    2                    [PROPOSED] ORDER GRANTING ADMIN. MOTION
RE: RELATED CASES; C 07-5194 JF