| | |
|---|---|
| MICHAEL J. LYONS (SBN 202284) | YITAI HU (SBN 248085) |
| mlyons@morganlewis.com | yhu@akingump.com |
| ANDREW J. WU (SBN 214442) | STEVEN D. HEMMINGER (SBN 110665) |
| awu@morganlewis.com | shemminger@akingump.com |
| MORGAN, LEWIS & BOCKIUS LLP | SEAN DEBRUINE (SBN 168071) |
| 2 Palo Alto Square | sdebruine@akingump.com |
| 3000 El Camino Real, Suite 700 | SANG HUI MICHAEL KIM (SBN 203491) |
| Palo Alto, CA 94306-2122 | mkim@akingump.com |
| Tel: 650.843.4000 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Fax: 650.843.4001 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 400 |
| DANIEL JOHNSON, JR. (SBN 55769) | Palo Alto, CA 94306 |
| djjohnson@morganlewis.com | Tel: 650.838.2000 |
| MORGAN, LEWIS & BOCKIUS LLP | Fax: 650.838.2001 |
| One Market, Spear Street Tower | |
| San Francisco, CA 94105-1126 | Attorneys for Plaintiff, |
| Tel: 415.442.1000 | EPISTAR CORPORATION |
| Fax: 415.442.1001 | |

Attorneys for Defendant,
PHILIPS LUMILEDS LIGHTING
COMPANY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EPISTAR CORPORATION, | CASE NO. C 07-05194 JF |
| Plaintiff, | **JOINT STIPULATION EXTENDING DEADLINE FOR LUMILEDS TO ANSWER COMPLAINT** |
| v. | |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC, | |
| Defendant. | |

**JOINT STIPULATION**

Philips Lumileds Lighting Company, LLC ("Lumileds") and Epistar Corporation ("Epistar") (collectively, the "Parties"), pursuant to Civil Local Rule 6-2, hereby stipulate as follows:

Epistar filed the complaint on October 10, 2007. Epistar has filed a Proof of Service that service was personally made on November 1, 2007. Based on Fed. R. Civ. P. 12(a), the answer is due Wednesday, November 21, 2007.

Due to the delay in counsel for Lumileds' receipt of notice and the upcoming Thanksgiving holiday, at Lumiled's request Epistar has agreed to a 30 day extension of time for Lumileds to answer or otherwise respond to the complaint. There have been no previous modifications of deadlines in this case.

Based on the 30 day extension, Lumileds' answer is due on Friday, December 21, 2007.

Respectfully submitted,

Dated: November 20, 2007         PHILIPS LUMILEDS LIGHTING COMPANY, LLC

By: /s/ Andrew J. Wu
Andrew J. Wu
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant


Dated: November 20, 2007         EPISTAR CORPORATION

By: /s/ Yitai Hu
Yitai Hu
AKIN GUMP Strauss Hauer & FELD LLP
Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Dated:   November \_\_\_\_, 2007

_____
Honorable Jeremy Fogel
United States District Judge

1    Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J.
2 Lyons, attest that concurrence in the filing of this document has been obtained from each of the
3 other signatories. I declare under penalty of perjury under the laws of the United States of
4 America that the foregoing is true and correct. Executed this 20th day of November, 2007, at
5 Palo Alto.

8                    /s/ Michael J. Lyons
                     Michael J. Lyons

JOINT STIPULATION EXTENDING DEADLINE FOR LUMILEDS LIGHTING TO ANSWER COMPLAINT
- 3 -
1-PA/3676732.1