*efiled 11/26/07

MICHAEL J. LYONS (SBN 202284)
mlyons@morganlewis.com
ANDREW J. WU (SBN 214442)
awu@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001

DANIEL JOHNSON, JR. (SBN 55769)
djjohnson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendant,
PHILIPS LUMILEDS LIGHTING
COMPANY, LLC

YITAI HU (SBN 248085)
yhu@akingump.com
STEVEN D. HEMMINGER (SBN 110665)
shemminger@akingump.com
SEAN DEBRUINE (SBN 168071)
sdebruine@akingump.com
SANG HUI MICHAEL KIM (SBN 203491)
mkim@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2 Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: 650.838.2000
Fax: 650.838.2001

Attorneys for Plaintiff,
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>　　　　　　　　Defendant. | CASE NO. C 07-05194 JF<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR LUMILEDS TO ANSWER COMPLAINT** |

JOINT STIPULATION EXTENDING DEADLINE FOR LUMILEDS LIGHTING TO ANSWER COMPLAINT

1-PA/3676732.1

# JOINT STIPULATION

Philips Lumileds Lighting Company, LLC ("Lumileds") and Epistar Corporation ("Epistar") (collectively, the "Parties"), pursuant to Civil Local Rule 6-2, hereby stipulate as follows:

Epistar filed the complaint on October 10, 2007. Epistar has filed a Proof of Service that service was personally made on November 1, 2007. Based on Fed. R. Civ. P. 12(a), the answer is due Wednesday, November 21, 2007.

Due to the delay in counsel for Lumileds' receipt of notice and the upcoming Thanksgiving holiday, at Lumiled's request Epistar has agreed to a 30 day extension of time for Lumileds to answer or otherwise respond to the complaint. There have been no previous modifications of deadlines in this case.

Based on the 30 day extension, Lumileds' answer is due on Friday, December 21, 2007.

Respectfully submitted,

Dated:   November 20, 2007            PHILIPS LUMILEDS LIGHTING COMPANY, LLC

By: /s/ Andrew J. Wu
Andrew J. Wu
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant


Dated:   November 20, 2007            EPISTAR CORPORATION

By: /s/ Yitai Hu
Yitai Hu
AKIN GUMP Strauss Hauer & FELD LLP
Attorneys for Plaintiff

JOINT STIPULATION EXTENDING DEADLINE FOR LUMILEDS LIGHTING TO ANSWER COMPLAINT
- 1 -

1-PA/3676732.1

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Dated:   November  26, 2007

_____
Honorable Jeremy Fogel
United States District Judge

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J.
2  Lyons, attest that concurrence in the filing of this document has been obtained from each of the
3  other signatories. I declare under penalty of perjury under the laws of the United States of
4  America that the foregoing is true and correct. Executed this 20th day of November, 2007, at
5  Palo Alto.

          /s/ Michael J. Lyons
8           Michael J. Lyons