MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
David V. Sanker (State Bar No. 251260)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
dsanker@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>                   Plaintiff,<br><br>        v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>                   Defendant. | Case No. C 07-5194 CW<br><br>**PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7644970.1

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
C 07-5194 CW

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Koninklijke Philips Electronics, N.V.

Dated: December 21, 2007                MORGAN, LEWIS & BOCKIUS LLP

                                        By   /s/ Michael J. Lyons
                                             Michael J. Lyons
                                             Attorneys for Defendant
                                             PHILIPS LUMILEDS LIGHTING
                                             COMPANY, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
C 07-5194 CW

1-SF/7644970.1