United States District Court<br>Northern District of California

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Epistar Corporation, Plaintiff(s), v. Philips Lumileds Lighting Company, LLC, Defendant(s). | 07-05194 CW **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
07-05194 CW                                  -1-

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3  to an e-mail directed to adr@cand.uscourts.gov.

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if
6  required, to occur <u>before</u> the Case Management Conference.

9  Dated: January 16, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-05194 CW    -2-

PROOF OF SERVICE

Case Name:     Epistar Corporation v. Philips Lumileds Lighting Company, LLC

Case Number:   07-05194 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 16, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Steven D. Hemminger
> Akin Gump Strauss Hauer & Feld
> 3000 El Camino Real
> 2 Palo Alto Square, Suite 400
> Palo Alto, CA 94306
> shemminger@akingump.com
>
> Yitai Hu
> Akin Gump Strauss Hauer & Feld LLP
> 3000 El Camino Real
> Suite 400
> Palo Alto, CA 94306-2112
> yhu@akingump.com
>
> Sang Hui Michael Kim
> Akin Gump Strauss Hauer & Feld LLP
> 2 Palo Alto Square
> 3000 El Camino Real, Suite 400
> Palo Alto, CA 94306
> mkim@akingump.com

Sean DeBruine
Akin Gump Strauss Hauer & Feld LLP
2 Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
sdebruine@akingump.com

Michael John Lyons
Morgan Lewis & Bockus LLP
3000 El Camino Real
2 Palo Alto Square, Suite 700
Palo Alto, CA 94306
mlyons@morganlewis.com

Andrew J. Wu
Morgan Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real
Suite 700
Palo Alto, CA 94306
awu@morganlewis.com

Amy M. Spicer
Morgan, Lewis & Bockius LLP
One Market Street
Spear Street Tower
San Francisco, CA 94105
aspicer@morganlewis.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 16, 2008 in San Francisco, California.

                                      RICHARD W. WIEKING
                                    Clerk
                                    by:    Timothy J. Smagacz

                                    _____
                                    ADR Administrative Assistant
                                    415-522-4205
                                    Tim_Smagacz@cand.uscourts.gov