1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Lyons (State Bar No. 202284)
2  Andrew J. Wu (State Bar No. 214442)
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
4  Tel:  650.843.4000
   Fax:  650.843.4001
5  mlyons@morganlewis.com
   awu@morganlewis.com
6
   MORGAN, LEWIS & BOCKIUS LLP
7  Daniel Johnson, Jr. (State Bar No. 57409)
   Amy M. Spicer (State Bar No. 188399)
8  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
9  Tel:  415.442.1000
   Fax:  415.442.1001
10 djjohnson@morganlewis.com
   aspicer@morganlewis.com
11
   Attorneys for Defendant
12 PHILIPS LUMILEDS LIGHTING COMPANY,
   LLC
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       OAKLAND DIVISION

17

18 | EPISTAR CORPORATION,                | Case No. C 07-5194 CW
19 |              Plaintiff,              | **PHILIPS LUMILEDS LIGHTING COMPANY'S NOTICE OF MOTION FOR MOTION TO STAY**
20 |         vs.                          |
21 | PHILIPS LUMILEDS LIGHTING COMPANY, LLC, | Date:  March 6, 2008
                                          | Time:  2:00 p.m.
22 |              Defendant.              | Location: Courtroom 2, 4th Floor
                                          | Judge:  Hon. Claudia Wilken
23 
24   AND RELATED COUNTERCLAIMS
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7655440.1

LUMILEDS' NOTICE OF
MOTION TO STAY
CASE NO. C 07-5194 CW

1  TO EPISTAR CORPORATION AND ITS COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on Thursday, March 6, 2008, at 2:00 p.m., or as soon
3  thereafter as counsel may be heard, in Courtroom 2, 4th Floor, of the Northern District of
4  California, Oakland Division, located at 1301 Clay Street, Oakland, California, before the
5  Honorable Claudia Wilken, defendant and counterclaimant Philips Lumileds Lighting Company,
6  LLC ("Lumileds") will move the Court for an order staying all proceedings in this action pending
7  the final resolution of the related investigation currently being litigated before the United States
8  International Trade Commission, titled *In the Matter of Certain High-Brightness Light Emitting*
9  *Diodes and Products Containing Same*, Inv. No. 337-TA-556, and appeal before the United
10  States Court of Appeals for the Federal Circuit.

11  Lumileds' motion to stay will be based on this Notice, as well as (1) a Memorandum of
12  Points and Authorities in support of the motion that will be filed and served not less than 35 days
13  before the March 6, 2008 hearing as required by the Federal Rules of Civil Procedure and the
14  Civil Local Rules, (2) any argument presented by Lumileds' counsel at the hearing, and (3) any
15  further information that may be presented to the Court regarding this motion.

17  Dated: January 18, 2008            MORGAN, LEWIS & BOCKIUS LLP

19                                     By:  /s/ Michael J. Lyons
20                                          Michael J. Lyons
                                            Attorneys for Defendant and
21                                          Counterclaimant
                                            PHILIPS LUMILEDS LIGHTING
22                                          COMPANY, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7655440.1                    2                    LUMILEDS' NOTICE OF
                                                       MOTION TO STAY
                                                       CASE NO. C 07-5194 CW