MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
David V. Sanker (State Bar No. 251260)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
dsanker@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S NOTICE OF MOTION AND MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7654043.2

LUMILEDS' ADMIN. MOTION TO
CONTINUE THE CMC
C 07-5194 CW

1  TO EPISTAR CORPORATION AND ITS COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to Local Rule 6-1 and 6-3, defendant and counterclaimant Philips Lumileds Lighting Company, LLC ("Lumileds") hereby requests that the Court continue the initial case management conference currently scheduled for February 12, 2008 to April 1, 2008 at 2:00 p.m.

## I.  INTRODUCTION

In the interest of efficiency and judicial economy, Lumileds requests that the Court continue the Case Management Conference and related deadlines in this case until after resolution of a motion to stay that Lumileds has noticed for the next available hearing date (March 6, 2008). This Court has recently ruled that the present case is related to an earlier-filed patent case due to overlapping factual and legal issues. That patent case is currently stayed, because it is a companion to a case brought in the International Trade Commission that is currently on appeal. Accordingly, Lumileds intends to move to stay the present case until the stay on the related patent case is lifted. Since the case management conference, case management statement, and related meet and confer will be dramatically impacted by whether the Court stays the case, it will be far more efficient to extend the deadlines for those activities until after resolution of Lumileds' motion to stay.

## II.  BACKGROUND

On November 4, 2005, Lumileds filed a patent infringement suit before this Court against United Epitaxy Co. ("UEC") and Epistar Corporation.[1]  *See Lumileds Lighting U.S., LLC v. Epistar Corp. & United Epitaxy Co., Ltd.*, Case No. 05-4521 CW (filed Nov. 4, 2005) ("Lumileds/Epistar 2005 litigation"). UEC and Epistar moved to stay the district court action pending the outcome of a related investigation being conducted by the United States International Trade Commission ("ITC"), titled *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, Inv. No. 337-TA-556, pursuant to 28 U.S.C. § 1659.[2]

---

[1] Epistar and UEC merged, effective December 31, 2005.

[2] Upon the request of any party to a civil action who is also a respondent in an ITC investigation, the Court "shall stay, until determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding

1  The Honorable Ronald M. Whyte of this Court granted the motion and the case remains stayed to
2  this day.  In May 2007, the ITC issued a final determination in favor of Lumileds, finding, among
3  other things, that Epistar's products infringe Lumileds' '718 patent.  The ITC issued an exclusion
4  order barring importation of the infringing products as well as certain downstream products.
5  Epistar is currently appealing the ITC's decision to the United States Court of Appeals for the
6  Federal Circuit.
7       On October 10, 2007, Epistar brought the current action titled *Epistar v. Philips Lumileds*,
8  Case No. 07-5194 CW ("Lumileds/Epistar 2007 Litigation").  On December 17, 2007, this Court
9  issued an order deeming the Lumileds/Epistar 2005 Litigation and the Lumileds/Epistar 2007
10 Litigation to be related to earlier filed actions between the parties and ordered that both cases be
11 reassigned to the Honorable Claudia Wilken.  Three days later, the Court issued a Case
12 Management Scheduling Order for the reassigned cases and set an initial case management
13 conference on calendar for February 12, 2008.[3]

### III. RELIEF REQUESTED

Lumileds requests that the Court continue the initial case management conference from February 12, 2008 to April 1, 2008 or until after this Court rules on Lumileds' motion to stay the Lumileds/Epistar 2007 Litigation, which is noticed for hearing on March 6, 2008.  Lumileds also requests that the requirements set forth in Federal Rule of Civil Procedure 26 and Local Civil Rule 16 be continued accordingly.

### IV. CONTINUING THE CASE MANAGEMENT CONFERENCE WILL PRESERVE COURT AND PARTY RESOURCES

A brief continuance of the recently scheduled initial case management conference will promote judicial economy and will preserve party resources.  Filed concurrently with this administrative motion is Lumileds' notice of motion to stay the Lumileds/Epistar 2007 Litigation. As Lumileds will demonstrate in its motion to stay, a stay of this litigation pending the resolution

---

before the Commission."  28 U.S.C. § 1659.

[3] As discussed above, all proceedings in the Lumileds/Epistar 2005 Litigation have been stayed pending the final resolution of the ITC proceedings, including the current Federal Circuit appeal, pursuant to 28 U.S.C. § 1659.  Accordingly only the Lumileds/Epistar 2007 Litigation would be the subject of the upcoming initial case management conference.

of a related International Trade Commission ("ITC") investigation will conserve judicial resources, will avoid duplicative, piecemeal litigation, and will avoid potentially conflicting decisions. Lumileds has requested that the hearing on its motion to stay be conducted on March 6, 2008 – this Court's first available civil law and motion hearing date – or as soon thereafter as the Court's calendar allows. This hearing date unfortunately falls after the February 12, 2008 initial case management conference date. The simple solution is a slight revision to the current case management scheduling order to accommodate the Court's crowded docket while at the same time conserving the Court's and the parties' resources.

Under the current case management schedule, the parties will be required to expend considerable time and effort (1) to meet and confer and agree on a discovery plan, (2) to exchange initial disclosures, and (3) to prepare a joint case management statement, before the briefing on Lumileds' motion to stay is completed. In addition, the case management conference itself will require the time of both the parties and the Court. Many, if not all, of the decisions reached in advance of and during the case management conference will be rendered moot if the Court grants Lumileds' motion to stay the Lumileds/Epistar 2007 Litigation. Moreover, these activities will be dramatically affected if the Lumileds/Epistar 2007 Litigation is not litigated until the stay is lifted in the Lumileds/Epistar 2005 litigation (such that both cases are litigated together). The resources and the time involved will be better invested once the Court has determined whether the case will proceed or will be stayed along with the companion Lumileds/Epistar 2005 Litigation. A brief continuance of the initial case management conference will not prejudice either party; rather it will allow the parties to fully brief Lumileds' motion to stay and will allow this Court to resolve this important threshold issue before engaging in potentially unnecessary proceedings.

## V. **PRIOR EFFORTS TO OBTAIN A STIPULATION**

Lumileds' counsel contacted Epistar's counsel on January 9, 2008, and proposed that the parties stipulate pursuant to Civil Local Rule 6-2 to a brief continuance of the initial case management conference to allow for briefing on Lumileds' anticipated motion to stay the proceedings. (Declaration of Andrew J. Wu ("Wu Decl.") at ¶ 2.) On January 11, 2008, Epistar's counsel responded and stated that it saw "no reason or basis to continue the CMC"

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

1-SF/7654043.2     3     LUMILEDS' ADMIN. MOTION TO
CONTINUE THE CMC
C 07-5194 CW

1  despite being aware that Lumileds planned to move to stay the present case.  (Wu Decl. at ¶ 3.)
2  Accordingly, Lumileds was forced to bring this motion.

3  **VI.    PRIOR TIME MODIFICATIONS**

4  When Epistar filed its complaint, the Court assigned the case to the Judge Fogel and
5  issued an order setting the initial case management conference on February 1, 2008.  On
6  December 17, 2007, Judge Wilken deemed the case related to others assigned to her and ordered
7  it reassigned to her.  Judge Wilken issued a case management scheduling order for the newly
8  reassigned case and reset the initial case management conference to February 12, 2008.  No other
9  scheduling modifications have been requested or made.

10 **VII.   EFFECT UPON THE SCHEDULE FOR THE CASE**

11 The Court has not yet issued a scheduling order in this case.  Therefore, only the case
12 management conference itself is affected by this motion to continue the case management
13 conference; no other dates will be affected.

14 **VIII.  CONCLUSION**

15 Lumileds respectfully requests that the Court continue the initial case management
16 conference from February 12, 2008 to April 1, 2008 or until after this Court rules on Lumileds'
17 motion to stay the Lumileds/Epistar 2007 Litigation noticed for hearing on March 6, 2008.
18 Lumileds also requests that the requirements set forth in Federal Rule of Civil Procedure 26 and
19 Local Civil Rule 16 be continued accordingly.

Dated: January 18, 2008                    MORGAN, LEWIS & BOCKIUS LLP


                                           By    /s/ Michael J. Lyons
                                              Michael J. Lyons
                                              Attorneys for Defendant and
                                              Counterclaimant
                                              PHILIPS LUMILEDS LIGHTING
                                              COMPANY, LLC

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

1-SF/7654043.2                   4                  LUMILEDS' ADMIN. MOTION TO
                                                    CONTINUE THE CMC
                                                    C 07-5194 CW