MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
David V. Sanker (State Bar No. 251260)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
dsanker@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>                    Defendant.<br><br>―――――――――――――――<br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**[PROPOSED] ORDER GRANTING PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3685583.1

[PROPOSED] ORDER GRANTING
LUMILEDS' ADMIN. MOTION TO
CONTINUE THE CMC 07-5194 CW

**[PROPOSED] ORDER**

The Court having considered the papers submitted, and the papers on file in this case, and good cause appearing,

IT IS HEREBY ORDERED:

Philips Lumileds Lighting Company, LLC's Motion to Continue the Initial Case Management Conference is GRANTED. The initial case management conference set in this matter is continued from February 12, 2008 to April 1, 2008 at 2:00 p.m. In addition, the requirements set forth in Federal Rule of Civil Procedure 26 and Local Civil Rule 16 are continued accordingly. The parties shall file a joint Case Management Statement seven (7) days prior to the conference pursuant to Civil L.R. 16-9(a).

IT IS SO ORDERED.

Dated:_____   _____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE