MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
David V. Sanker (State Bar No. 251260)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
dsanker@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**DECLARATION OF ANDREW J. WU IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S NOTICE OF MOTION AND MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3685558.1

DECL. OF ANDREW WU ISO LUMILEDS'
MOTION TO CONTINUE THE CMC
C 07-5194 CW

I, Andrew J. Wu, hereby declare as follows:

1. I am an attorney duly licensed and admitted to practice before this Court and a partner in the law firm of Morgan, Lewis & Bockius LLP. I am one of the attorneys for defendant and counterclaimant Philips Lumileds Lighting Company, LLC ("Lumileds"), in the present action. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I could testify competently thereto. I make this declaration in support of Lumileds' motion continue the initial case management conference recently set in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail I sent to Epistar Corporation's counsel Mr. Steve Hemminger on January 9, 2008, requesting that Epistar agree to continue the initial case management conference until the Court rules on Lumileds' anticipated motion to stay the proceedings.

3. Attached hereto as Exhibit B is a true and correct copy of an e-mail Mr. Steve Hemminger sent to me dated January 11, 2008, stating that at this time Epistar sees no reason or basis to continue the CMC.

I declare under the penalty of perjury under the laws of California and the United States that the foregoing is true and correct. Executed this 18th day of January, 2008 in Palo Alto, California.

*[signature]*

Andrew J. Wu

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-PA/3685558.1

1

DECL. OF ANDREW WU ISO LUMILEDS' MOTION TO CONTINUE THE CMC
C 07-5194 CW