UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Epistar Corporation

CASE NO. 07-05194 CW

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Philips Lumileds Lighting Company, LLC

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 12, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Yitai Hu | Epistar Corporation | (650) 838-2020 | yhu@akingump.com |

Epsitar has requested a meet and confer with Lumileds' counsel regarding the ADR election and the parties are scheduled to meet and confer on January 23, 2008.

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 01-22-08

_____
Attorney for Plaintiff

Dated:_____

_____
Attorney for Defendant

Rev 12.05  When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."