# EXHIBIT B

MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**PHILIPS LUMILEDS LIGHTING COMPANY'S NOTICE OF MOTION FOR MOTION TO STAY**<br><br>Date:  March 6, 2008<br>Time:  2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7655440.1

LUMILEDS' NOTICE OF
MOTION TO STAY
CASE NO. C 07-5194 CW

TO EPISTAR CORPORATION AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Thursday, March 6, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 2, 4th Floor, of the Northern District of California, Oakland Division, located at 1301 Clay Street, Oakland, California, before the Honorable Claudia Wilken, defendant and counterclaimant Philips Lumileds Lighting Company, LLC ("Lumileds") will move the Court for an order staying all proceedings in this action pending the final resolution of the related investigation currently being litigated before the United States International Trade Commission, titled *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, Inv. No. 337-TA-556, and appeal before the United States Court of Appeals for the Federal Circuit.

Lumileds' motion to stay will be based on this Notice, as well as (1) a Memorandum of Points and Authorities in support of the motion that will be filed and served not less than 35 days before the March 6, 2008 hearing as required by the Federal Rules of Civil Procedure and the Civil Local Rules, (2) any argument presented by Lumileds' counsel at the hearing, and (3) any further information that may be presented to the Court regarding this motion.

Dated: January 18, 2008                    MORGAN, LEWIS & BOCKIUS LLP


                                           By:   /s/ Michael J. Lyons
                                              Michael J. Lyons
                                              Attorneys for Defendant and
                                              Counterclaimant
                                              PHILIPS LUMILEDS LIGHTING
                                              COMPANY, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7655440.1                                    2                    LUMILEDS' NOTICE OF
                                                                       MOTION TO STAY
                                                                       CASE NO. C 07-5194 CW