# EXHIBIT F

*efiled 11/26/07

| | |
|---|---|
| MICHAEL J. LYONS (SBN 202284)<br>mlyons@morganlewis.com<br>ANDREW J. WU (SBN 214442)<br>awu@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br><br>DANIEL JOHNSON, JR. (SBN 55769)<br>djjohnson@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br><br>Attorneys for Defendant,<br>PHILIPS LUMILEDS LIGHTING<br>COMPANY, LLC | YITAI HU (SBN 248085)<br>yhu@akingump.com<br>STEVEN D. HEMMINGER (SBN 110665)<br>shemminger@akingump.com<br>SEAN DEBRUINE (SBN 168071)<br>sdebruine@akingump.com<br>SANG HUI MICHAEL KIM (SBN 203491)<br>mkim@akingump.com<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel: 650.838.2000<br>Fax: 650.838.2001<br><br>Attorneys for Plaintiff,<br>EPISTAR CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>              Plaintiff,<br><br>   v.<br><br>PHILIPS LUMILEDS LIGHTING<br>COMPANY, LLC,<br><br>              Defendant. | CASE NO. C 07-05194 JF<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR LUMILEDS TO ANSWER COMPLAINT** |

JOINT STIPULATION EXTENDING DEADLINE FOR LUMILEDS LIGHTING TO ANSWER COMPLAINT

1-PA/3676732.1

1 **JOINT STIPULATION**

2 Philips Lumileds Lighting Company, LLC ("Lumileds") and Epistar Corporation
3 ("Epistar") (collectively, the "Parties"), pursuant to Civil Local Rule 6-2, hereby stipulate as
4 follows:

5 Epistar filed the complaint on October 10, 2007. Epistar has filed a Proof of Service that
6 service was personally made on November 1, 2007. Based on Fed. R. Civ. P. 12(a), the answer
7 is due Wednesday, November 21, 2007.

8 Due to the delay in counsel for Lumileds' receipt of notice and the upcoming
9 Thanksgiving holiday, at Lumiled's request Epistar has agreed to a 30 day extension of time for
10 Lumileds to answer or otherwise respond to the complaint. There have been no previous
11 modifications of deadlines in this case.

12 Based on the 30 day extension, Lumileds' answer is due on Friday, December 21, 2007.

Respectfully submitted,

Dated: November 20, 2007   PHILIPS LUMILEDS LIGHTING COMPANY, LLC

By: /s/ Andrew J. Wu
Andrew J. Wu
MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant

Dated: November 20, 2007   EPISTAR CORPORATION

By: /s/ Yitai Hu
Yitai Hu
AKIN GUMP Strauss Hauer & FELD LLP
Attorneys for Plaintiff

JOINT STIPULATION EXTENDING DEADLINE FOR LUMILEDS LIGHTING TO ANSWER COMPLAINT
- 1 -
1-PA/3676732.1

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Dated: November 26, 2007

_____
Honorable Jeremy Fogel
United States District Judge

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Michael J. Lyons, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of November, 2007, at Palo Alto.

/s/ Michael J. Lyons
Michael J. Lyons