MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING
COMPANY, LLC

AKIN GUMP STRAUSS HAUER & FELD LLP
Yitai Hu (State Bar No. 248085)
Steven D. Hemminger (State Bar No. 110665)
Sean Debruine (State Bar No. 168071)
Sang Hui Michael Kim (State Bar No. 203491)
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: 650.838.2000
Fax: 650.838.2001
yhu@akingump.com
shemminger@akingump.com
sdebruine@akingump.com
mkim@akingump.com

Attorneys for Plaintiff and Counterdefendant
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7657285.1

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C 07-5194 CW

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, counsel in the above entitled action report that they have met and conferred regarding ADR and have agreed that the parties will participate in private mediation with a mediator to be determined by the parties after further consultation.

Dated: January 28, 2008                MORGAN, LEWIS & BOCKIUS LLP

                                       By:  /s/ Michael J. Lyons
                                            Michael J. Lyons

                                            Attorneys for Defendant and
                                            Counterclaimant
                                            PHILIPS LUMILEDS LIGHTING
                                            COMPANY, LLC

Dated: January 28, 2008                AKIN GUMP STRAUSS HAUER & FELD LLP

                                       By:  /s/ Yitai Hu
                                            Yitai Hu

                                            Attorneys for Plaintiff and
                                            Counterdefendant
                                            EPISTAR CORPORATION

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to private mediation by a provider/mediator to be determined by the parties.

**IT IS SO ORDERED.**

Dated: _____                 _____
                                       CLAUDIA WILKEN
                                       UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7657285.1                        2        STIPULATION AND [PROPOSED] ORDER
                                                    SELECTING ADR PROCESS
                                                    CASE NO. C 07-5194 CW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Amy M. Spicer, am the ECF user whose ID and password are being used to file this Joint Supplemental Case Management Conference Statement and [Proposed] Order. In compliance with General Order 45.X.B., I declare under the penalty of perjury under the laws of the United States of America that Michael J. Lyons and Yitai Hu have concurred in this filing.

Executed this 28th day of January 2008, at San Francisco, California.

          /s/ Amy M. Spicer
          Amy M. Spicer

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7657285.1

3

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C 07-5194 CW