YITAI HU (SBN 248085) yhu@akingump.com
STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650.838.2000
Facsimile: 650.838.2001

Attorneys for Plaintiff
EPISTAR CORPORATION

FILED
JAN 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br>Plaintiff,<br>v.<br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br>Defendant. | Case No. C 07-5194 CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br>Counterclaim Plaintiff,<br>v.<br>EPISTAR CORPORATION,<br>Counterclaim Defendant. | |

Pursuant to Civil L.R. 11-3, Lenny Huang, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Epistar Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;
2. I agree to abide by the Standards of Professional Conduct as set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

STEVEN D. HEMMINGER (SBN 110665)
(shemminger@akingump.com)
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: 650-838-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2008

Lenny Huang