MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING
COMPANY, LLC

AKIN GUMP STRAUSS HAUER & FELD LLP
Yitai Hu (State Bar No. 248085)
Steven D. Hemminger (State Bar No. 110665)
Sean Debruine (State Bar No. 168071)
Sang Hui Michael Kim (State Bar No. 203491)
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: 650.838.2000
Fax: 650.838.2001
yhu@akingump.com
shemminger@akingump.com
sdebruine@akingump.com
mkim@akingump.com

Attorneys for Plaintiff and Counterdefendant
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>           Plaintiff,<br><br>vs.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS AS MODIFIED** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7657285.1

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS
CASE NO. C 07-5194 CW

1   Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, counsel in the above entitled action report that they have met and conferred regarding ADR and have agreed that the parties will participate in private mediation with a mediator to be determined by the parties after further consultation.

Dated: January 28, 2008

MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Michael J. Lyons
Michael J. Lyons

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

Dated: January 28, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  /s/ Yitai Hu
Yitai Hu

Attorneys for Plaintiff and Counterdefendant
EPISTAR CORPORATION

## ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to private mediation by a provider/mediator to be determined by the parties. **Mediation to be held by May 29, 2008, unless the parties stipulate to another date.**

**IT IS SO ORDERED.**

Dated:  1/29/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7657285.1

2

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. C 07-5194 CW