1  YITAI HU (SBN 248085) yhu@akingump.com
   STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
2  SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
   SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Two Palo Alto Square
4  3000 El Camino Real, Suite 400
   Palo Alto, CA  94306
5  Telephone:      650.838.2000
   Facsimile:      650.838.2001
6
   Attorneys for Plaintiff
7  EPISTAR CORPORATION

**RECEIVED**

JAN 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

**FILED**

JAN 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

11

12  EPISTAR CORPORATION,                    | Case No. C 07-5194 CW

13              Plaintiff,                  | **[PROPOSED] ORDER GRANTING
                                            | APPLICATION FOR ADMISSION OF
14        v.                                | ATTORNEY *PRO HAC VICE***

15  PHILIPS LUMILEDS LIGHTING
    COMPANY, LLC,
16
                Defendant.
17

18  PHILIPS LUMILEDS LIGHTING
    COMPANY, LLC,
19
                Counterclaim Plaintiff,
20
          v.
21
    EPISTAR CORPORATION,
22
                Counterclaim Defendant.
23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMISSION OF ATTORNEY                     Case No. C 07-5194 CW
*PRO HAC VICE*

1    Lenny Huang, an active member in good standing of the bar of the State of New York whose

2  business address and telephone number (particular court to which applicant is admitted) is:

3              NYS Unified Court System
              1-800-268-7869
4              Office of Court Administration
              25 Beaver Street
5              New York, NY 10004

6      having applied in the above-entitled action for admission to practice in the Northern District

7  of California on a *pro hac vice* basis representing Epistar Corporation.

8      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

9  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice.*

10  Service of papers upon and communication with co-counsel designated in the application will

11  constitute notice to the party.  All future filings in this action are subject to the requirements

12  contained in General Order No. 45, *Electronic Case Filing.*

13

14  Dated:  _____JAN 2 9 2008_____    _____

15                                          Claudia Wilken
                                           United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28