MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
David V. Sanker (State Bar No. 251260)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
dsanker@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**DECLARATION OF ANDREW J. WU IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S MOTION TO STAY**<br><br>MOTION UNDER SUBMISSION PURSUANT TO COURT ORDER DATED JANUARY 29, 2008 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7660871.1

DECL. OF ANDREW WU ISO
LUMILEDS' MOTION TO STAY
CASE NO. C 07-5194 CW

I, Andrew J. Wu, declare as follows:

1. I am an attorney duly licensed and admitted to practice before this Court and a partner in the law firm of Morgan, Lewis & Bockius LLP. I am one of the attorneys for defendant and counterclaimant Philips Lumileds Lighting Company, LLC ("Lumileds"), in the present action. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I could testify competently thereto. I make this declaration in support of Lumileds' motion to stay the above-entitled proceedings pending the resolution of the related proceedings in the United States International Trade Commission.

2. I am one of the attorneys for defendant and counterclaimant Lumileds in the proceedings before the United States International Trade Commission ("ITC"), titled *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, Inv. No. 337-TA-556 (the "ITC Investigation").

3. On December 8, 2005, the ITC issued a protective order (Order No. 1) and the ground rules for the ITC Investigation (Order No. 2). Attached hereto as Exhibit A is a true and correct copy of the protective order issued by the Administrative Law Judge in the ITC Investigation. Pursuant to the protective order, many of the pleadings, exhibits, and administrative determinations are confidential and may not be revealed to persons not involved in the proceedings. As a result, all of the exhibits attached hereto from the ITC Investigation are the public version and may contain redacted text. A confidential, non-redacted version will be provided to the Court upon request.

4. Attached hereto as Exhibit B is a true and correct copy of the public version of the Commission Opinion on Violation, Remedy, the Public Interest, and Bonding issued by the ITC on May 30, 2007 in the ITC Investigation.

5. Attached hereto as Exhibit C is a true and correct copy of the public version of the letter dated May 9, 2007, from Daniel R. Pearson, Chairman of ITC, to The President of the United States summarizing the ITC's opinion and exclusion order and attaching the Notice of the Commission's Decision and the Limited Exclusion Order.

6. Attached hereto as Exhibit D is a true and correct copy of the Limited Exclusion Order issued by the ITC on May 9, 2007 in the ITC Investigation.

7. Attached hereto as Exhibit E is a true and correct copy of the public version of the Notice of Commission Determination Not to Review An Initial Determination Granting Complainant's Motion for Partial Summary Determination to Dismiss an Affirmative Defense issued by the ITC on May 15, 2006 in the ITC Investigation.

8. Attached hereto as Exhibit F are excerpts from a true and correct copy of the non-confidential version of the Brief of Appellee International Trade Commission filed on December 27, 2007 before the United States Court of Appeals for the Federal Circuit in Case No. 2007-1457.

9. On January 7, 2008, I telephoned Steven Hemminger, counsel for Epistar, and proposed that the parties agree to stay the present case under the completion of the ITC Investigation. In that teleconference and in subsequent e-mails, Mr. Hemminger would not agree to the requested stay.

I declare under the penalty of perjury under the laws of California and the United States that the foregoing is true and correct. Executed this 31st day of January, 2008 in Palo Alto, California.

                                                /s/ Andrew J. Wu        .
                                                Andrew J. Wu

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7660871.1

2

DECL. OF ANDREW WU ISO
LUMILEDS' MOTION TO STAY
CASE NO. C 07-5194 CW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Amy M. Spicer, am the ECF user whose ID and password are being used to file the Declaration of Andrew J. Wu in Support of Philips Lumileds Lighting Company's Motion to Stay. In compliance with General Order 45.X.B., I declare under the penalty of perjury under the laws of the United States of America that Andrew J. Wu has concurred in this filing.

Executed this 31st day of January 2008, at San Francisco, California.

          /s/ Amy M. Spicer     .
              Amy M. Spicer

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7660871.1

3

DECL. OF ANDREW WU ISO
LUMILEDS' MOTION TO STAY
CASE NO. C 07-5194 CW