1  YITAI HU (SBN 248085) yhu@akingump.com
   STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
2  SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
   SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Two Palo Alto Square
4  3000 El Camino Real, Suite 400
   Palo Alto, CA  94306
5  Telephone:    650.838.2000
   Facsimile:    650.838.2001
6
   Attorneys for Plaintiff
7  EPISTAR CORPORATION

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11

12  EPISTAR CORPORATION,                     Case No. C 07-5194 CW

13                     Plaintiff,            **STIPULATION AND [PROPOSED]
                                             ORDER EXTENDING TIME FOR
14         v.                                EPISTAR TO RESPOND TO
                                             PHILIPS LUMILEDS LIGHTING
15  PHILIPS LUMILEDS LIGHTING                COMPANY, LLC'S MOTION FOR
    COMPANY, LLC,                            STAY**
16
                     Defendant.
17
   ─────────────────────────────
18  PHILIPS LUMILEDS LIGHTING
    COMPANY, LLC,
19
                     Counterclaim
20                   Plaintiff,

21         v.

22  EPISTAR CORPORATION,

23                   Counterclaim
                     Defendant.
24

25

26

27

28

1    Pursuant to Civil Local Rules 6-2 and 7-12, Epistar Corporation ("Epistar") and
2  Philips Lumileds Lighting Company, LLC ("Lumileds") (collectively, the "Parties")
3  hereby stipulate to change the briefing schedule for Lumileds' Motion for Stay.

4                                    **STIPULATION**

5    WHEREAS, on January 18, 2008, Lumileds filed a notice of motion for stay of
6  this action;

7    WHEREAS, on January 31, 2008, Lumileds filed a memorandum in support of its
8  motion for stay, in accordance with Local Rule 7-2(a);

9    WHEREAS, by Order issued on January 29, 2008, the Court vacated the hearing
10 for Lumileds' motion for stay and set the deadline for opposition to the motion for
11 February 14, 2008;

12   WHEREAS, it is a holiday week in Taiwan and Epistar's counsel needs additional
13 time to confer with the client regarding its response to Lumileds' motion for stay;

14   WHEREAS, the Parties, acting through their counsel, have met and conferred
15 regarding Epistar's request for an extension of time for Epistar to file its opposition to
16 Lumileds' Motion for Stay; and

17   WHEREAS, the only previous modification of deadlines in this case was the 30-
18 day extension given to Lumileds to respond to Epistar's Complaint;

19   NOW THEREFORE,

20   The Parties, acting by and through their counsel of record, stipulate that Epistar's
21 response to Lumileds' Motion for Stay is due on Friday, February 15, 2008 and
22 Lumileds' Reply is due on Friday, February 22, 2008.

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR                    C 07-5194 CW
EPISTAR TO RESPOND TO MOTION FOR STAY

Dated: February 14, 2008          AKIN GUMP STRAUSS HAUER & FELD LLP


By_____/s/_____
                    Lenny Huang

Attorneys for Plaintiff
EPISTAR CORPORATION

Dated: February 14, 2008          MORGAN LEWIS & BOCKIUS LLP


By_____/s/_____
                    Amy Spicer

Attorneys for Defendant
Philips Lumileds Lighting Company, LLC


Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Lenny Huang, attest that concurrence in the filing of this document has been obtained from Amy Spicer.

Dated:    February 14, 2008          _____/s/_____
                                              Lenny Huang



PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


Dated:   February _____, 2008          _____
                                              Honorable Claudia Wilken
                                              United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR          C 07-5194 CW
EPISTAR TO RESPOND TO MOTION FOR STAY