YITAI HU (SBN 248085) yhu@akingump.com
STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:     650.838.2000
Facsimile:     650.838.2001

Attorneys for Plaintiff
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>            Defendant. | Case No. C 07-5194 CW<br><br>**DECLARATION OF LENNY HUANG IN SUPPORT OF EPISTAR CORPORATION'S OPPOSITION TO PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR STAY** |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>            Counterclaim Plaintiff,<br><br>     v.<br><br>EPISTAR CORPORATION,<br><br>            Counterclaim Defendant. | |

---

DECLARATION OF LENNY HUANG IN SUPPORT OF EPISTAR CORP.'S           Case No. C 07-5194 CW
OPPOSITION TO PHILIPS LUMILEDS LIGHTING CO., LLC'S MOTION FOR STAY

I, Lenny Huang, declare as follows:

1. I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel to Epistar Corporation ("Epistar") in this action. I am a member in good standing of the State Bars of New York and New Jersey and admitted to this proceeding *pro hac vice*. I have personal knowledge of the facts set forth in this declaration, except where otherwise stated, and could testify competently to such facts under oath if called as a witness.

2. On August 7, 2006, a hearing was held in a patent infringement proceeding between Epistar and Lumileds Philips Lighting, LLC ("Lumileds") before the International Trade Commission, styled *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, Inv. No. 337-TA-556. At that hearing, Lumileds and Epistar agreed that the issue of whether the products were covered by the Epistar/Lumileds License Agreement or not would be tried separately in district court. A true copy of the relevant portion of the hearing transcript is attached as Exhibit A.

3. A true copy of *Am. Honda Motor Co. v. The Coast Distribution Sys.,* 2007 WL 672521 (N.D. Cal. 2007) is attached for the Court's convenience as Exhibit B.

4. A true copy of *Dister v. Apple-Bay East, Inc.*, 2007 WL 4045429 (N.D. Cal. 2007) is attached for the Court's convenience as Exhibit C.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 15, 2008 at Palo Alto, California.

/s/
Lenny Huang

---

1

DECLARATION OF LENNY HUANG IN SUPPORT OF EPISTAR CORP.'S OPPOSITION TO PHILIPS LUMILEDS LIGHTING CO., LLC'S MOTION FOR STAY   Case No. C 07-5194 CW