# EXHIBIT A

811

```
 1                        BEFORE THE
 2          UNITED STATES INTERNATIONAL TRADE COMMISSION
 3
 4    - - - - - - - - - - - - - - - - -x
 5    In the Matter of:                : Investigation No.
 6    CERTAIN HIGH-BRIGHTNESS LIGHT    : 337-TA-556
 7    EMITTING DIODES AND PRODUCTS     :
 8    CONTAINING SAME                  :
 9    - - - - - - - - - - - - - - - - -x
10                      Hearing Room A
11
12                      United States
13                      International Trade Commission
14                      500 E Street, Southwest
15                      Washington, D.C.
16
17                      Monday, August 7, 2006
18                      Volume 4
19
20        The parties met, pursuant to the notice of
21    the Judge, at 9:30 a.m.
22
23           BEFORE:  THE HONORABLE SIDNEY HARRIS
24
25
```

Heritage Reporting Corporation
(202) 628-4888

815

```
 1                    P R O C E E D I N G S
 2                    -    -    -    -    -
 3              JUDGE HARRIS:  Mr. Lyons, are we going
 4   to start with --
 5              MR. DeBRUINE:  Your Honor, if I may,
 6   one housekeeping matter.  We've had discussions
 7   with counsel over the weekend and reached an
 8   agreement that we will take the covenant not to
 9   sue issue out of this case, just became aware
10   that it would become an evidentiary problem and
11   a time problem with the amount of evidence both
12   sides wanted to put on that.
13              And since it's a contract issue, we're
14   going to save that issue for the District
15   Court, rather than try and litigate a whole
16   fraud of the inducement claim before Your
17   Honor.  So they've agreed.
18              JUDGE HARRIS:  So you're dropping --
19              MR. DeBRUINE:  We're not going to go
20   forward with the argument that there's a
21   covenant not to sue the OMA product.
22              MR. JOHNSON:  We couldn't stop them in
23   the first place, but we agreed that they have
24   dropped the covenant not to sue defense, and
25   we'll deal with it at such time as they raise
```

1  it again.

2          MR. FUSCO: Your Honor, I understood
3  there was a separate licensing defense. I just
4  wanted to find out what the status of that was.

5          MR. DeBRUINE: The UEC license is
6  separate and apart, the express license
7  provision is separate and apart from the
8  covenant not to sue.

9          MR. FUSCO: So that's still in.

10         MR. DeBRUINE: This covers the
11 covenant not to sue.

12         JUDGE HARRIS: All right.

13         MR. LYONS: Good morning, Your Honor.
14 If we could call Dr. Dupuis back to the stand?

15         (Whereupon, the trial proceeded in
16 confidential session.)

17

18

19

20

21

22

23

24

25

# CERTIFICATION OF TRANSCRIPTION

TITLE: Certain High-Brightness Light
INVESTIGATION NO.: 337-TA-556
HEARING DATE: August 7, 2006
LOCATION: Washington, D.C.
NATURE OF HEARING: Hearing

I hereby certify that the foregoing/attached transcript is a true, correct and complete record of the above-referenced proceeding(s) of the U.S. International Trade Commission.

DATE: 8/7/06
SIGNED: CYNTHIA R. SIMMONS OTT

_____
Signature of the Contractor or the Authorized Contractor's Representative
1220 L Street, N.W., Suite 600
Washington, D.C. 20005

I hereby certify that I am not the Court Reporter and that I have proofread the above-referenced transcript of the proceeding(s) of the U.S. International Trade Commission, against the aforementioned Court Reporter's notes and recordings, for accuracy in transcription in the spelling, hyphenation, punctuation and speaker identification, and did not make any changes of a substantive nature. The foregoing/attached transcript is a true, correct and complete transcription of the proceeding(s).

SIGNED: JOHN D. LASHER
Signature of Proofreader

I hereby certify that I reported the above-referenced proceeding(s) of the U.S. International Trade Commission and caused to be prepared from my tapes and notes of the proceedings a true, correct and complete verbatim recording of the proceeding(s).

SIGNED: CYNTHIA R. SIMMONS OTT
Signature of Court Reporter