MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>                    Defendant.<br><hr>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**[SEALED] PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR STAY**<br><br>MOTION UNDER SUBMISSION PURSUANT TO COURT ORDER DATED JANUARY 29, 2008 |

**Regarding:  [SEALED] PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR STAY**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3691517.1

[SEALED] PHILIPS LUMILEDS' REPLY IN
SUPPORT OF ITS MOTION FOR STAY; CASE NO.
07-5194 CW

1   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
2   office.
3
4   If you are a participant on this case, this filing will be served in hard-copy shortly.
5
6   For information on retrieving this filing directly from the court, please see the court's main web
7   site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
8
9   This filing was not efiled for the following reason(s):
10         ___ Voluminous Document (PDF file size larger than efiling system allowances)
11         ___ Unable to Scan Documents
12         ___ Physical Object (description): _____
13         ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
14         _X_ Item Under Seal
15         ___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
16         ___ Other (description): _____
17
18
19   Dated: February 22, 2008                         MORGAN, LEWIS & BOCKIUS LLP

                                                     By:   /s/ Michael J. Lyons
20                                                         Michael J. Lyons

21                                                         Attorneys for Defendant and
                                                           Counterclaimant
22                                                         PHILIPS LUMILEDS LIGHTING
                                                           COMPANY, LLC
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP        1-PA/3691517.1                    1                [SEALED] PHILIPS LUMILEDS' REPLY IN
ATTORNEYS AT LAW                                                      SUPPORT OF ITS MOTION FOR STAY; CASE NO.
SAN FRANCISCO                                                         07-5194 CW