MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
David V. Sanker (State Bar No. 251260)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
dsanker@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR STAY**<br><br>MOTION UNDER SUBMISSION PURSUANT TO COURT ORDER DATED JANUARY 29, 2008 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-WA/2930450.1

DECL. OF MICHAEL LYONS ISO
LUMILEDS' REPLY ISO ITS MOTION FOR
STAY; CASE NO. C 07-5194 CW

I, Michael J. Lyons, declare as follows:

1. I am an attorney duly licensed and admitted to practice before this Court and a partner in the law firm of Morgan, Lewis & Bockius LLP. I am one of the attorneys for defendant and counterclaimant Philips Lumileds Lighting Company, LLC ("Lumileds"), in the present action. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I could testify competently thereto. I make this declaration in support of Lumileds' reply in support of its motion to stay the above-entitled proceedings pending the resolution of the related proceedings in the United States International Trade Commission.

2. I am one of the attorneys for defendant and counterclaimant Lumileds in the proceedings before the United States International Trade Commission ("ITC"), titled *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, Inv. No. 337-TA-556 (the "ITC Investigation").

3. Attached hereto as Exhibit G is a true and correct copy of pertinent excerpts from what the parties have referred to as the "Epistar/Lumileds Settlement Agreement," specifically, the Settlement Agreement between Epistar and Lumileds in the matter of *Epistar Corporation v. Lumileds Lighting LLC*, Case No. C 03-1130 CW (N.D. Cal., transferred from C.D. Cal. March 17, 2003). **This document is confidential and subject to the Protective Order** entered by the administrative law judge in the ITC Investigation. A copy of that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu In Support Of Philips Lumileds Lighting Company's Motion To Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with Lumileds' motion to stay the present litigation.

4. Attached hereto as Exhibit H is a true and correct copy of an excerpt from the public version of Epistar's Petition For Review Of The Administrative Law Judge's Order No. 14, filed in the above-referenced ITC Investigation on April 20, 2006. The Commission subsequently denied Epistar's Petition for Review, as set forth in Exhibit E to the Wu Declaration.

5. What the parties have called the UEC/Lumileds Settlement Agreement, the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-WA/2930450.1                        1         DECL. OF MICHAEL LYONS ISO
                                                LUMILEDS' REPLY ISO ITS MOTION FOR
                                                STAY; CASE NO. C 07-5194 CW

UEC/Lumileds License Agreement, and the UEC/Lumileds Consent Judgment were all part of the same settlement agreement. Specifically, the UEC/Lumileds License Agreement and the Consent Judgment are Exhibits A and B, respectively, to the UEC/Lumileds Settlement Agreement.

6. Attached hereto as Exhibit I is a true and correct copy of an excerpt from the public version of the Brief Of Appellant Epistar Corporation, filed in the United States Court of Appeals for the Federal Circuit on October 31, 2007, in Case No. 2007-1457, on appeal from the above-referenced ITC Investigation.

I declare under the penalty of perjury under the laws of California and the United States that the foregoing is true and correct. Executed this 22nd day of February, 2008 in Palo Alto, California.

          /s/ Michael J. Lyons    .
          Michael J. Lyons