1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Lyons (State Bar No. 202284)
2  Andrew J. Wu (State Bar No. 214442)
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
4  Tel: 650.843.4000
   Fax: 650.843.4001
5  mlyons@morganlewis.com
   awu@morganlewis.com
6
   MORGAN, LEWIS & BOCKIUS LLP
7  Daniel Johnson, Jr. (State Bar No. 57409)
   Amy M. Spicer (State Bar No. 188399)
8  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
9  Tel: 415.442.1000
   Fax: 415.442.1001
10 djjohnson@morganlewis.com
   aspicer@morganlewis.com
11
   Attorneys for Defendant and Counterclaimant
12 PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**[SEALED] EXHIBIT G TO THE DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR STAY**<br><br>MOTION UNDER SUBMISSION PURSUANT TO COURT ORDER DATED JANUARY 29, 2008 |

**Regarding: [SEALED] EXHIBIT G TO THE DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR STAY**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3691465.1

[SEALED] EXH. G. TO LYONS DECLARATION ISO
PHILIPS LUMILEDS' REPLY IN SUPPORT OF ITS
MOTION FOR STAY; CASE NO. 07-5194 CW

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
2  office.
3
4  If you are a participant on this case, this filing will be served in hard-copy shortly.
5
6  For information on retrieving this filing directly from the court, please see the court's main web
7  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
8
9  This filing was not efiled for the following reason(s):
10  ___ Voluminous Document (PDF file size larger than efiling system allowances)
11  ___ Unable to Scan Documents
12  ___ Physical Object (description): _____
13  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
14  _X_ Item Under Seal
15  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
16  ___ Other (description): _____
17
18
19  Dated: February 22, 2008                MORGAN, LEWIS & BOCKIUS LLP

20                                         By:  /s/ Michael J. Lyons
                                                Michael J. Lyons
21
                                           Attorneys for Defendant and
22                                         Counterclaimant
                                           PHILIPS LUMILEDS LIGHTING
23                                         COMPANY, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3691465.1                       1                [SEALED] EXH. G. TO LYONS DECLARATION ISO
                                                      PHILIPS LUMILEDS' REPLY IN SUPPORT OF ITS
                                                      MOTION FOR STAY; CASE NO. 07-5194 CW