MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
David V. Sanker (State Bar No. 251260)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
dsanker@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR STAY AND EXHIBIT G TO THE DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR STAY**<br><br>MOTION UNDER SUBMISSION PURSUANT TO COURT ORDER DATED JANUARY 29, 2008 |

1-PA/3691470.1

ADMINISTRATIVE REQ TO SEAL PHILIPS
LUMILEDS' REPLY ISO ITS MOTION FOR STAY
AND EXH G TO THE SUPPORTING LYONS DECL;
CASE NO. 07-5194 CW

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Civil L.R. 79-5 and the Protective Order entered by the administrative law judge in the ITC Investigation on December 8, 2005, Philips Lumileds Lighting Company, LLC ("Lumileds") requests the following documents to be filed under seal:

1. Philips Lumileds Lighting Company, LLC's Reply in Support of Its Motion for Stay contains pertinent excerpts from what the parties have referred to as the "Epistar/Lumileds Settlement Agreement," specifically, the Settlement Agreement between Epistar and Lumileds in the matter of *Epistar Corporation v. Lumileds Lighting LLC*, Case No. C 03-1130 CW (N.D. Cal., transferred from C.D. Cal. March 17, 2003). This document is confidential and subject to the Protective Order entered by the administrative law judge in the ITC Investigation. A copy of that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu In Support Of Philips Lumileds Lighting Company's Motion To Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with Lumileds' motion to stay the present litigation; and

2. Exhibit G to the Declaration of Michael J. Lyons in Support of Philips Lumileds Lighting Company, LLC's Reply in Support of Its Motion for Stay contains pertinent excerpts from what the parties have referred to as the "Epistar/Lumileds Settlement Agreement," specifically, the Settlement Agreement between Epistar and Lumileds in the matter of *Epistar Corporation v. Lumileds Lighting LLC*, Case No. C 03-1130 CW (N.D. Cal., transferred from C.D. Cal. March 17, 2003). This document is confidential and subject to the Protective Order entered by the administrative law judge in the ITC Investigation. A copy of that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu In Support Of Philips Lumileds Lighting Company's Motion To Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with Lumileds' motion to stay the present litigation.

Lumileds will lodge the aforementioned documents in hard copy with the Court as well as lodge a redacted version of the reply. This request is supported by the following declaration.

For the foregoing reasons, Lumileds requests that the Court order the above documents sealed pursuant to the Protective Order entered by the administrative law judge in the ITC Investigation.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-PA/3691470.1                                1                        ADMINISTRATIVE REQ TO SEAL PHILIPS
                                                                       LUMILEDS' REPLY ISO ITS MOTION FOR STAY
                                                                       AND EXH G TO THE SUPPORTING LYONS DECL;
                                                                       CASE NO. 07-5194 CW

Dated: February 22, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Michael J. Lyons
     Michael J. Lyons

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

I, Michael J. Lyons, declare as follows:

1. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, attorneys for Philips Lumileds Lighting Company, LLC. I am a member in good standing of the Bar of the State of California and admitted to practice in the United States District Court for the Northern District of California. I submit this declaration in support of the above Administrative Request to File Documents Under Seal Pursuant to Civil L.R. 79-5.

2. I have personal knowledge of each statement set forth in the Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5, and each such statement is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this the 22nd day of February 2008 in Palo Alto, California.

/s/ Michael J. Lyons

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3691470.1

2

ADMINISTRATIVE REQ TO SEAL PHILIPS LUMILEDS' REPLY ISO ITS MOTION FOR STAY AND EXH G TO THE SUPPORTING LYONS DECL;
CASE NO. 07-5194 CW