MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
David V. Sanker (State Bar No. 251260)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
dsanker@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**CERTIFICATE OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3691636.1

CERTIFICATE OF SERVICE
CASE NO. 07-5194 CW

## CERTIFICATE OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306. On February 22, 2008, I caused copies of the attached document(s) described as follows:

[Sealed] Philips Lumileds Lighting Company's Reply In Support Of Its Motion For Stay;

[Sealed] Exhibit G to the Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion For Stay; and

[Public] Philips Lumileds Lighting Company's Reply In Support Of Its Motion For Stay

to be served on:

Yitai Hu, Esq.
Steven D. Hemminger, Esq.
Sang Hui Michael Kim, Esq.
Lenny Huang, Esq.
Akin Gump Strauss Hauer & Feld LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
yhu@akingump.com
shemminger@akingump.com
mkim@akingump.com
lhuang@akingump.com
skapralov@akingump.com

      (BY OVERNIGHT DELIVERY)  I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California.  I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

  X  (BY ELECTRONIC MAIL:  CONFIDENTIAL DOCUMENTS)  The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

  X  (BY FIRST CLASS MAIL)  I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California.  I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is placed for collection; and

      (BY FACSIMILE)  The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above; and

      (BY PERSONAL SERVICE)  The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

1    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on February 25, 2008.

2

3    /s/ Marilyn J. Boensch
     Marilyn J. Boensch

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3691636.1                              2                              CERTIFICATE OF SERVICE
                                                                           CASE NO. 07-5194 CW