**United States District Court**
For the Northern District of California

1
2
3  IN THE UNITED STATES DISTRICT COURT
4
5  FOR THE NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| Epistar Corporation | NO. CV 07-05194 CW |
| Plaintiff, | **CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY** |
| v. | |
| Philips Lumileds Lighting Company, LLC | |
| Defendant. | |

On **February 25, 2008**, counsel for **defendant** filed a **(public) reply in support of its motion for stay (docket #40)** manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for **defendant** should submit the **(public) reply in support of its motion for stay (docket #40)**, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: February 25, 2008               Clara Pierce
                                        Deputy Clerk