YITAI HU (SBN 248085) yhu@akingump.com
STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone:    650.838.2000
Facsimile:    650.838.2001

Attorneys for Plaintiff
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>　　　　　Defendant. | Case No. C 07-5194 CW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR EPISTAR TO RESPOND TO PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR STAY** |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>EPISTAR CORPORATION,<br><br>　　　　　Counterclaim Defendant. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
EPISTAR TO RESPOND TO MOTION FOR STAY

C 07-5194 CW

Pursuant to Civil Local Rules 6-2 and 7-12, Epistar Corporation ("Epistar") and Philips Lumileds Lighting Company, LLC ("Lumileds") (collectively, the "Parties") hereby stipulate to change the briefing schedule for Lumileds' Motion for Stay.

## STIPULATION

WHEREAS, on January 18, 2008, Lumileds filed a notice of motion for stay of this action;

WHEREAS, on January 31, 2008, Lumileds filed a memorandum in support of its motion for stay, in accordance with Local Rule 7-2(a);

WHEREAS, by Order issued on January 29, 2008, the Court vacated the hearing for Lumileds' motion for stay and set the deadline for opposition to the motion for February 14, 2008;

WHEREAS, it is a holiday week in Taiwan and Epistar's counsel needs additional time to confer with the client regarding its response to Lumileds' motion for stay;

WHEREAS, the Parties, acting through their counsel, have met and conferred regarding Epistar's request for an extension of time for Epistar to file its opposition to Lumileds' Motion for Stay; and

WHEREAS, the only previous modification of deadlines in this case was the 30-day extension given to Lumileds to respond to Epistar's Complaint;

NOW THEREFORE,

The Parties, acting by and through their counsel of record, stipulate that Epistar's response to Lumileds' Motion for Stay is due on Friday, February 15, 2008 and Lumileds' Reply is due on Friday, February 22, 2008.

Dated:  February 14, 2008        AKIN GUMP STRAUSS HAUER & FELD LLP

By _____/s/_____
        Lenny Huang

Attorneys for Plaintiff
EPISTAR CORPORATION

Dated:  February 14, 2008        MORGAN LEWIS & BOCKIUS LLP

By _____/s/_____
        Amy Spicer

Attorneys for Defendant
Philips Lumileds Lighting Company, LLC

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Lenny Huang, attest that concurrence in the filing of this document has been obtained from Amy Spicer.

Dated:  February 14, 2008        _____/s/_____
                                        Lenny Huang

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated March 3, 2008              _____
                                        Honorable Claudia Wilken
                                        United States District Judge