MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
David V. Sanker (State Bar No. 251260)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
dsanker@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>           Plaintiff,<br><br>  v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR STAY AND EXHIBIT G TO THE DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR STAY** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3691472.1

[PROPOSED] ORDER GRANTING LUMILEDS' ADMINISTRATIVE REQUEST TO SEAL ITS REPLY ISO ITS MOTION FOR STAY AND EXHIBIT G OF LYONS DECL ISO REPLY; CASE  NO. 07-5194CW

# ORDER

The Court having considered the papers submitted, and the papers on file in this case, and upon good cause showing,

**IT IS HEREBY ORDERED:**

Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

1. Philips Lumileds Lighting Company's Reply In Support Of Its Motion For Stay; and

2. Exhibit G To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion For Stay.

IT IS SO ORDERED.

3/10/08

Dated:_____          _____
                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-PA/3691472.1

1

[PROPOSED] ORDER GRANTING LUMILEDS' ADMINISTRATIVE REQUEST TO SEAL ITS REPLY ISO ITS MOTION FOR STAY AND EXHIBIT G OF LYONS DECL ISO REPLY; CASE NO. 07-5194CW