1   MORGAN, LEWIS & BOCKIUS LLP
    Michael J. Lyons (State Bar No. 202284)
2   Andrew J. Wu (State Bar No. 214442)
    2 Palo Alto Square
3   3000 El Camino Real, Suite 700
    Palo Alto, CA  94306-2122
4   Tel:  650.843.4000
    Fax:  650.843.4001
5   mlyons@morganlewis.com
    awu@morganlewis.com
6

7   MORGAN, LEWIS & BOCKIUS LLP
    Daniel Johnson, Jr. (State Bar No. 57409)
8   Amy M. Spicer (State Bar No. 188399)
    One Market, Spear Street Tower
9   San Francisco, CA  94105-1126
    Tel:  415.442.1000
10  Fax:  415.442.1001
    djjohnson@morganlewis.com
11  aspicer@morganlewis.com

12  Attorneys for Defendant and Counterclaimant
    PHILIPS LUMILEDS LIGHTING
13  COMPANY, LLC

AKIN GUMP STRAUSS HAUER & FELD
Yitai Hu (State Bar No. 248085)
Steven D. Hemminger (State Bar No. 110665)
Sean Debruine (State Bar No. 168071)
Sang Hui Michael Kim(State Bar No.203491)
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA  94306
Tel: 650.838.2000
Fax:  650.838.2001
yhu@akingump.com
shemminger@akingump.com
sdebruine@akingump.com
mkim@akingump.com

Attorneys for Plaintiff and Counterdefendant
EPISTAR CORPORATION

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                  OAKLAND DIVISION

17

18  EPISTAR CORPORATION,

19                  Plaintiff,

20          vs.

21  PHILIPS LUMILEDS LIGHTING
    COMPANY, LLC,
22
                    Defendant.
23  _____

24  AND RELATED COUNTERCLAIMS

25

26

27

28

Case No. C 07-5194 CW

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE APRIL 1, 2008 CASE MANAGEMENT CONFERENCE**

CMC Date:  April 1, 2008
Time:  2:00 p.m.
Location: Courtroom 2, 4th Floor
Judge:  Hon. Claudia Wilken

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7680883.1

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CMC
CASE NO. C 07-5194 CW

1    On January 31, 2008, defendant Philips Lumileds Lighting Company, LLC ("Lumileds")

2    filed a motion to stay the above-entitled case in its entirety until the conclusion of a related

3    investigation currently pending before the International Trade Commission.  (*See* Dkt. Nos. 30-

4    32.)  In view of Lumileds' motion to stay, this Court continued the originally scheduled Initial

5    Case Management Conference from February 12, 2008 until April 1, 2008. (Dkt. No. 26.)  In

6    addition, the Court continued the requirements set forth in Federal Rule of Civil Procedure 26 and

7    Local Civil Rule 16.  (*Id.*)  The Court has now taken under submission Lumileds' fully briefed

8    motion to stay and has stated that the motion will be decided on the papers.  (*Id.*)

9    Under the current schedule, the parties are required to file a joint case management

10   statement on March 25, 2008 in preparation for attending the April 1, 2008 Conference.  In the

11   interest of judicial economy and preserving the parties' resources, Epistar Corporation and

12   Lumileds stipulate and jointly request that the Court continue these dates.  Accordingly:

13   The parties hereby stipulate and agree that the initial case management conference be

14   continued from April 1, 2008 to May 6, 2008.  The parties shall file a joint case management

15   conference statement April 29, 2008, seven calendar days prior to the conference pursuant to

16   Civil Local Rule 16-9(a).  The parties additionally stipulate and agree that requirements set forth

17   in Federal Rule of Civil Procedure 26 and Local Rule 16 be continued accordingly.

18

19   Dated: March 25, 2008                          MORGAN, LEWIS & BOCKIUS LLP

20                                                  By:  /s/ Amy M. Spicer
21                                                       Amy M. Spicer

22                                                  Attorneys for Defendant and
                                                    Counterclaimant
23                                                  PHILIPS LUMILEDS LIGHTING
                                                    COMPANY, LLC

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7680883.1

2

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CMC
CASE NO. C 07-5194 CW

1    Dated: March 25, 2008                         AKIN GUMP STRAUSS HAUER & FELD

2

3                                                  By:  /s/ Yitai Hu
                                                        Yitai Hu

4                                                  Attorneys for Plaintiff and
                                                   Counterdefendant
5                                                  EPISTAR CORPORATION

6

7                              **[PROPOSED] ORDER**

8

9          Pursuant to the parties' Stipulation above, the initial case management conference is

10   continued from April 1, 2008 to May 6, 2008.  The parties shall file a joint case management

11   conference statement April 29, 2008, seven calendar days prior to the conference pursuant to

12   Civil Local Rule 16-9(a).  In addition, requirements set forth in Federal Rule of Civil Procedure

13   26 and Local Rule 16 are continued accordingly.

          **IT IS SO ORDERED.**

14

15
     Dated:                                        _____
16
                                                   CLAUDIA WILKEN
17                                                 UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7680883.1                          3       STIPULATION AND [PROPOSED] ORDER
                                                        TO CONTINUE CMC
                                                    CASE NO. C 07-5194 CW

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

3    I, Amy M. Spicer, am the ECF user whose ID and password are being used to file this

Stipulation to Continue the April 1, 2008 Case Management Conference.  In compliance with

4

General Order 45.X.B., I declare under the penalty of perjury under the laws of the United States

5

of America that Yitai Hu has concurred in this filing.

6

Executed this 25th day of March 2008, at San Francisco, California.

7

8              _____/s/ Amy M. Spicer_____.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7680883.1

4

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CMC
CASE NO. C 07-5194 CW