MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING
COMPANY, LLC

AKIN GUMP STRAUSS HAUER & FELD
Yitai Hu (State Bar No. 248085)
Steven D. Hemminger (State Bar No. 110665)
Sean Debruine (State Bar No. 168071)
Sang Hui Michael Kim (State Bar No. 203491)
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: 650.838.2000
Fax: 650.838.2001
yhu@akingump.com
shemminger@akingump.com
sdebruine@akingump.com
mkim@akingump.com

Attorneys for Plaintiff and Counterdefendant
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>EPISTAR CORPORATION,<br><br>                    Defendant. | Case No. C 05-4521 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE APRIL 1, 2008 CASE MANAGEMENT CONFERENCE**<br><br>CMC Date: April 1, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7680883.2

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CMC
CASE NOS. C 05-4521 CW & C 07-5194 CW

| | | |
|---|---|---|
| 1 | EPISTAR CORPORATION, | Case No. C 07-5194 CW |
| 2 | Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE APRIL 1, 2008 CASE MANAGEMENT CONFERENCE** |
| 3 | v. | |
| 4 | PHILIPS LUMILEDS LIGHTING COMPANY, LLC, | CMC Date: April 1, 2008 Time: 2:00 p.m. |
| 5 | Defendant. | Location: Courtroom 2, 4th Floor Judge: Hon. Claudia Wilken |
| 6 | | |
| 7 | AND RELATED COUNTERCLAIMS | |

On January 31, 2008, defendant Philips Lumileds Lighting Company, LLC ("Lumileds") filed a motion to stay in the above-entitled *Epistar Corp. v. Philips Lumileds Lighting Co.*, Case No. 07-5194 CW, seeking to stay the case in its entirety until the conclusion of a related investigation currently pending before the International Trade Commission. (*See* Dkt. Nos. 30-32.) In view of Lumileds' motion to stay, this Court continued the originally scheduled Initial Case Management Conferences for both cases from February 12, 2008 until April 1, 2008. (Case No 07-5194 Dkt. No. 26; *see also* Case No. 05-4521 Dkt. No. 36.) In addition, the Court continued the requirements set forth in Federal Rule of Civil Procedure 26 and Local Civil Rule 16. (Case No 07-5194 Dkt. No. 26.) The Court has now taken under submission Lumileds' fully briefed motion to stay and has stated that the motion will be decided on the papers. (*Id.*)

Under the current schedule, the parties are required to file a joint case management statement on March 25, 2008 in preparation for attending the April 1, 2008 Conference. In the interest of judicial economy and preserving the parties' resources, Epistar Corporation and Lumileds stipulate and jointly request that the Court continue these dates. Accordingly:

The parties hereby stipulate and agree that the case management conference set in both of the above-entitled cases be continued from April 1, 2008 to May 6, 2008. The parties shall file a joint case management conference statement April 29, 2008, seven calendar days prior to the conference pursuant to Civil Local Rule 16-9(a). The parties additionally stipulate and agree that requirements set forth in Federal Rule of Civil Procedure 26 and Local Rule 16 be continued accordingly.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7680883.2

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NOS. C 05-4521 CW & C 07-5194 CW

| | |
|---|---|
| Dated: March 28, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: /s/ Amy M. Spicer |
| |     Amy M. Spicer |
| | Attorneys for Defendant and Counterclaimant<br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC |
| Dated: March 28, 2008 | AKIN GUMP STRAUSS HAUER & FELD |
| | By: /s/ Yitai Hu |
| |     Yitai Hu |
| | Attorneys for Plaintiff and Counterdefendant<br>EPISTAR CORPORATION |

### ~~[PROPOSED]~~ ORDER

Pursuant to the parties' Stipulation above, the case management conference for both of the above-entitled cases is continued from April 1, 2008 to May 6, 2008. The parties shall file a joint case management conference statement April 29, 2008, seven calendar days prior to the conference pursuant to Civil Local Rule 16-9(a). In addition, requirements set forth in Federal Rule of Civil Procedure 26 and Local Rule 16 are continued accordingly.

**IT IS SO ORDERED.**

Dated: 3/31/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1-SF/7680883.2

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NOS. C 05-4521 CW  &  C 07-5194 CW

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Amy M. Spicer, am the ECF user whose ID and password are being used to file this Stipulation to Continue the April 1, 2008 Case Management Conference. In compliance with General Order 45.X.B., I declare under the penalty of perjury under the laws of the United States of America that Yitai Hu has concurred in this filing.

Executed this 28th day of March 2008, at San Francisco, California.

/s/ Amy M. Spicer

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7680883.2

4

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CMC
CASE NOS. C 05-4521 CW  &  C 07-5194 CW