AKIN GUMP STRAUSS HAUER & FELD LLP
Yitai Hu (SBN 248085)
Steven D. Hemminger (SBN 110665)
Sean DeBruine (SBN 168071)
Sang Hui Michael Kim (SBN 203491)
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA  94306-2122
Telephone:   650.838.2000
Facsimile:    650.838.2001
yhu@akingump.com
shemminger@akingump.com
sdebruine@akingump.com
mkim@akingump.com

Attorneys for Plaintiff and Counterdefendant
EPISTAR CORPORATION

MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (SBN 202284)
Andrew J. Wu (SBN 21442)
Two Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Telephone:   650.843.4000
Facsimile:    650.843.4001
mylons@morganlewis.com
awu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (SBN 57409)
Amy M. Spicer (SBN 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone: 415.442.1000
Facsimile:   415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>     Defendant. | Case No. C 07-05194 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE ADR MEDIATION DEADLINE** |

# JOINT STIPULATION

Epistar Corporation and Philips Lumileds Lighting Company, LLC (collectively, the "Parties") hereby stipulate as follows:

On January 29, 2008, this Court entered an order for Stipulation and Order Selecting ADR Process As Modified whereby "[m]ediation [was] to be held by May 29, 2008, unless the parties stipulate to another date." During the May 6, 2008 case management conference, this Court set the ADR mediation deadline for September 30, 2008. The May 8, 2008 Minute Order and Case Management Order, however, did not set a deadline for the Parties to conduct mediation.

The Parties hereby agree to participate in private mediation by September 30, 2008.

Respectfully submitted on May 21, 2008,

_____/s/ Lenny Huang_____
Yitai Hu
Steven D. Hemminger
Sean P. DeBruine
Sang Hui Michael Kim
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2122
Telephone:   650.838.2000
Facsimile:    650.838.2001
yhu@akingump.com
shemminger@akingump.com
sdebruine@akingump.com
mkim@akingump.com

Attorneys for Plaintiff and Counterdefendant
EPISTAR CORPORATION

_____/s/ Michael J. Lyons_____
Michael J. Lyons
Andrew J. Wu
MORGAN, LEWIS & BOCKIUS LLP
Two Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone:   650.843.4000
Facsimile:    650.843.4001
mylons@morganlewis.com
awu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr.
Amy M. Spicer
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael Lyons.

Dated: May 21, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/
Lenny Huang (*Admitted Pro Hac Vice*)

Attorneys for Plaintiff and Counterdefendant
EPISTAR CORPORATION

[PROPOSED] ORDER

Pursuant to the Parties' Joint Stipulation, and good cause appearing therefore, it is hereby ORDERED that the parties' ADR mediation deadline shall be extended until September 30, 2008.

IT IS SO ORDERED.

Dated: _____, 2008

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE