MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>             Plaintiff,<br><br>       v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>             Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**[PROPOSED] ORDER GRANTING PHILIPS LUMILEDS LIGHTING COMPANY'S MOTION TO FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR'S FIRST, THIRD, AND FOURTH CLAIMS FOR UNFAIR COMPETITION AND TORTIOUS INTERFERENCE** |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7711909.1

[PROPOSED] ORDER RE: LUMILEDS' MTN FOR
JUDGMENT ON THE PLEADINGS
CASE NO. 07-5194 CW

# [PROPOSED] ORDER GRANTING LUMILEDS' MOTION FOR JUDGMENT ON THE PLEADINGS

The Court having considered the papers submitted by the parties, the papers on file in this case, oral argument presented by counsel during the hearing, and good cause appearing, the Court hereby GRANTS Philips Lumileds Lighting Company, LLC's Motion to for Judgment on the Pleadings. The following causes of action asserted by plaintiff and counterdefendant Epistar Corporation against Philips Lumileds are hereby DISMISSED with prejudice:

(1) Epistar's first cause of action for unfair competition under the Lanham Act;

(2) Epistar's third cause of action for intentional interference with prospective economic advantage; and

(3) Epistar's fourth cause of action for unfair competition under California Business and Professions Code section 17200.

The Court will enter judgment on these claims in Philips Lumileds' favor.

**IT IS SO ORDERED**.

Dated: _____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7711909.1

1

[PROPOSED] ORDER RE: LUMILEDS' MTN
FOR JUDGMENT ON THE PLEADINGS
CASE NO. 07-5194 CW