MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 07-5194 CW<br>(Related to Case No. C 05-4521 CW)<br><br>**DECLARATION OF JIM THOMPSON IN SUPPORT OF PHILIPS LUMILEDS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7711507.2

THOMPSON DECL. IN SUPPORT OF MTN
FOR JUDGMENT ON THE PLEADINGS
C 07-5194 CW

I, Jim Thompson, declare:

1. I am the Product Marketing Manager, Die Sales for Philips Lumileds Lighting Company, LLC ("Philips Lumileds") in San Jose, California. I have been employed by Philips Lumileds and/or its predecessors since 1976. I have personal knowledge of the matters stated in this declaration and if called as a witness, I could and would testify competently thereto.

2. As part of my job responsibilities at Philips Lumileds, I am heavily involved in Philips Lumileds' marketing of AlGaInP LEDs. In that role, I caused letters from Philips Lumileds to be conveyed to certain sellers, purchasers, manufacturers, and distributors of high-brightness AlInGaP light-emitting diodes ("LEDs") and certain products incorporating those LEDs advising the recipients of Lumileds' intellectual property rights, the results of the investigation conducted by the International Trade Commission ("ITC") in *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, Inv. No. 337 TA-556, and of the Exclusion Order issued by the ITC.

3. I was the point person for conveying these letters, and I signed the letters.

4. Attached hereto as <u>Exhibits A through F</u> are true and correct copies of representative samples of the letters discussed above. There are no differences between the letters with respect to their description of the ITC's Exclusion Order, and in fact, all of the letters included the Exclusion Order as an attachment.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of June 2008 in San Jose, California.

*/s/ Jim Thompson*
Jim Thompson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7711507.2

1

THOMPSON DECL. IN SUPPORT OF MTN
FOR JUDGMENT ON THE PLEADINGS
C 07-5194 CW