# EXHIBIT B

# PHILIPS

## Philips Lumileds Lighting Company

370 W. Trimble Road, San Jose, California 95131 USA



Dear Sir:

This is to inform ▇▇▇▇▇ that Philips Lumileds believes that certain LED Chip Packagers products that contain Epistar's high-brightness AlInGaP LEDs are infringing Philips Lumileds' intellectual property rights.

In particular, Epistar's high-brightness AlInGaP LEDs have been found to infringe Philips Lumileds' U.S. Patent 5,008,718 ('718 patent) and are also infringing other Philips Lumileds patents on the use of wafer bonding to manufacture transparent-substrate and mirrored-substrate AlInGaP LEDs (U.S. Patent Nos. 5,376,580 and 5,502,316).

The U.S. International Trade Commission (ITC) issued a Notice of Commission Decision on May 9, 2007, in which it found that all of Epistar's OMA, MB and GB LED products infringe Philips Lumileds' '718 patent. Because of this infringement, the ITC has issued an Exclusion Order prohibiting the importation into the United States of these Epistar LEDs, packaged LEDs and lamps containing the infringing LEDs, and boards consisting primarily of arrays of such packaged LEDs. This exclusion order may significantly impact the availability of unlicensed infringing LEDs for your customers using products containing the infringing LEDs.

The enclosed attachments from the law firm of Morgan Lewis & Bockius LLP and the ITC summarize the overall impact of the ITC's recent decision and the potential risks assumed by the use of these Epistar LED products.

Philips Lumileds intends to defend its intellectual property rights aggressively. If ▇▇▇▇ continues to re-sell LED products from Chip Packagers that contain Epistar LED products that infringe Philips Lumileds' patents, Philips Lumileds may seek all damages to which it is entitled, including enhanced damages for willful infringement.

Philips Lumileds can also offer competitive products that meet the end customer's requirements for high-brightness AlInGaP chip products and successfully replace the infringing products of Epistar. Product offered by Avago Technologies is another alternative that uses high-brightness LED chips from Philips Lumileds. Should you be interested in these products, please feel free to contact us.



Tel. +1 408 964 2900
Fax: +1 408 964 5349
www.philipslumileds.com



LUMILEDS

LIGHT FROM SILICON VALLEY

# PHILIPS

Page: 2

**Attachment #1:**  Philips Lumileds Patent Rights Covering High-Brightness Light Emitting Diodes from Morgan Lewis, Counselors at Law.

**Attachment #2:**  U.S. International Trade Commission Notice of Decision and Exclusion Order.

Regards,

Jim Thompson

Jim Thompson
Product Marketing Manager, Die Sales
Philips Lumileds Lighting Company
370 West Trimble Road
San Jose, CA 95131 USA
Tel.: 408.964.2888
Fax: 408.964.5354
Email: jim.thompson@Philips.com





LUMILEDS

LIGHT FROM SILICON VALLEY