MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**DECLARATION OF RYAN SCHER IN SUPPORT OF MOTION BY PHILIPS LUMILEDS LIGHTING COMPANY, LLC FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR CORPORATION'S FIRST, THIRD, AND FOURTH CLAIMS REGARDING UNFAIR COMPETITION AND TORTIOUS INTERFERENCE (WITH EXHIBITS A-M)**<br><br>**EXHIBITS C, D, E, G, I, J, AND K SUBMITTED UNDER SEAL**<br><br>Date:  July 10, 2008<br>Time:  2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>Judge:  The Honorable Claudia Wilken |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709370.2

DECL. OF RYAN SCHER ISO PHILIPS LUMILEDS'
MOTION FOR JUDGMENT ON THE PLEADINGS
(C 07-5194 CW)

I, Ryan Scher, hereby declare as follows:

1. I am an attorney duly licensed and admitted to practice before this Court and an associate at the law firm of Morgan, Lewis & Bockius LLP. I am one of the attorneys for defendant and counterclaimant Philips Lumileds Lighting Company, LLC ("Lumileds"), in the present action. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I could testify competently thereto. I make this declaration in support of Lumileds' motion for judgment on the pleadings.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint of Lumileds Lighting U.S., LLC Under Section 337 of the Tariff Act of 1930, As Amended, filed on November 4, 2005, in the International Trade Commission's ("ITC") investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556.

3. Attached hereto as Exhibit B is a true and correct copy of the Limited Exclusion Order, issued May 9, 2007, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556.

4. Attached hereto as Exhibit C is a true and correct copy of Appellant Epistar Corp.'s Motion to Stay Exclusion Order Pending Appeal, filed July 13, 2007, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556. ***This exhibit contains confidential information, subject to protective order.***

5. Attached hereto as Exhibit D is a true and correct copy of Appellant Epistar Corp.'s Motion to Stay Exclusion Order Pending Appeal, filed July 13, 2007, in the action *Epistar Corp. v. Int'l Trade Comm'n, et al.*, Fed. Cir. No. 2007-1457. ***This exhibit contains confidential information, subject to protective order.***

6. Attached hereto as Exhibit E is a true and correct copy of Exhibits N and P to Appellant Epistar Corp.'s Motion to Stay Exclusion Order Pending Appeal, filed July 13, 2007, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709370.2

2

DECL. OF RYAN SCHER ISO PHILIPS LUMILEDS'
MOTION FOR JUDGMENT ON THE PLEADINGS
(C 07-5194 CW)

*Products Containing Same*, USITC Inv. No. 337-TA-556. ***This exhibit contains confidential information, subject to protective order.***

7. Attached hereto as Exhibit F is a true and correct copy of the ITC's Order denying Respondent's Motion to Stay Enforcement of Exclusion Order Pending Appeal, issued August 20, 2007, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556.

8. Attached hereto as Exhibit G is a true and correct copy of the Commission Opinion on Denial of Motion to Stay, issued August 20, 2007, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556. ***This exhibit contains confidential information, subject to protective order.***

9. Attached hereto as Exhibit H is a true and correct copy of the Order denying Epistar's Motion for Stay Pending Appeal, issued September 28, 2007, in the action *Epistar Corp. v. Int'l Trade Comm'n, et al.*, Fed. Cir. No. 2007-1457.

10. Attached hereto as Exhibit I is a true and correct copy of Complainant Lumileds Lighting U.S., LLC's First Set of Interrogatories to Respondents Epistar Corp. and United Epitaxy Co., Ltd., served January 19, 2006, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556. ***This exhibit contains confidential information, subject to protective order.***

11. Attached hereto as Exhibit J is a true and correct copy of Respondent Epistar Corporation's Responses to Complainant Lumileds Lighting U.S., LLC's First Set of Interrogatories, served January 30, 2006, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556. ***This exhibit contains confidential information, subject to protective order.***

12. Attached hereto as Exhibit K is a true and correct copy of Respondent Epistar Corporation's Supplemental Responses to Complainant Lumileds Lighting U.S., LLC's First Set of Interrogatories, served March 3, 2006, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-

556. ***This exhibit contains confidential information, subject to protective order.***

13. Attached hereto as Exhibit L is a true and correct copy of Order No. 2: Issuance of Ground Rules, issued December 8, 2005, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556.

14. Attached hereto as Exhibit M is a true and correct copy of the July 11, 2003 hearing transcript in the action *Lumileds Lighting v. Epistar Corp.*, Nos. C-02-5077 (N.D. Cal., Judge Wilken presiding).

I declare under the penalty of perjury under the laws of California and the United States that the foregoing is true and correct. Executed this 5th day of June, 2008 in Palo Alto, California.

Respectfully submitted,

By   /s/ Ryan L. Scher
Ryan L. Scher (State Bar. No. 244706)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Telephone: (650)843-4000
Facsimile: (650)843-40001

Attorney for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Michael J. Lyons, am the ECF user whose ID and password are being used to file this Declaration of Ryan L. Scher In Support of Philips Lumileds' Motion for Judgment on the Pleadings. In compliance with General Order 45.X.B., I declare under the penalty of perjury under the laws of the United States of America that Ryan L. Scher has concurred in this filing.

Executed this 5th day of June 2008, at Palo Alto, California.

          /s/ Michael J. Lyons

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

1-PA/3709370.2

5

DECL. OF RYAN SCHER ISO PHILIPS LUMILEDS' MOTION FOR JUDGMENT ON THE PLEADINGS
(C 07-5194 CW)