| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Michael J. Lyons (State Bar No. 202284) |
| 2 | Andrew J. Wu (State Bar No. 214442) |
| | Ryan L. Scher (State Bar. No. 244706) |
| 3 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 4 | Palo Alto, CA  94306-2122 |
| | Tel:  650.843.4000 |
| 5 | Fax:  650.843.4001 |
| | mlyons@morganlewis.com |
| 6 | awu@morganlewis.com |
| | rscher@morganlewis.com |
| 7 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | Daniel Johnson, Jr. (State Bar No. 57409) |
| | Amy M. Spicer (State Bar No. 188399) |
| 9 | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| 10 | Tel: 415.442.1000 |
| | Fax:  415.442.1001 |
| 11 | djjohnson@morganlewis.com |
| | aspicer@morganlewis.com |
| 12 | |
| | Attorneys for Defendant and Counterclaimant |
| 13 | PHILIPS LUMILEDS LIGHTING COMPANY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION, | Case No. C-07-5194 CW |
| Plaintiff, | **MANUAL FILING NOTIFICATION FOR EXHIBITS C, D, E, G, I, J, AND K TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF MOTION BY PHILIPS LUMILEDS LIGHTING COMPANY, LLC FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR CORPORATION'S FIRST, THIRD, AND FOURTH CLAIMS REGARDING UNFAIR COMPETITION AND TORTIOUS INTERFERENCE** |
| v. | |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

### **MANUAL FILING NOTIFICATION**

Regarding:  Exhibits C, D, E, G, I, J, And K To The Declaration Of Ryan Scher In Support Of Motion By Philips Lumileds Lighting Company, LLC For Judgment On The Pleadings With Respect To Epistar Corporation's First, Third, And Fourth Claims Regarding Unfair Competition And Tortious Interference

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
2  office.
3      If you are a participant on this case, this filing will be served in hard-copy shortly.
4      For information on retrieving this filing directly from the court, please see the court's main
5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6      This filing was not efiled for the following reason(s):

7  ___ Voluminous Document (PDF file size larger than efiling system allowances)

8  ___ Unable to Scan Documents

9  ___ Physical Object (description): _____

10  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

11  _X_ Item Under Seal

12  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

13  ___ Other (description): _____

14

15  Dated: June 5, 2008                    MORGAN, LEWIS & BOCKIUS LLP

17                                         By:     /s/
18                                                 Ryan L. Scher

19                                         Attorneys for Defendant and Counterclaimant
                                           PHILIPS LUMILEDS LIGHTING
20                                         COMPANY, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2                    MANUAL FILING NOTIFICATION;
                     CASE NO.: C 07-5194 CW