MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>           Plaintiff,<br><br>   v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS C, D, E, G, I, J, AND K TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF MOTION BY PHILIPS LUMILEDS LIGHTING COMPANY, LLC FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR CORPORATION'S FIRST, THIRD, AND FOURTH CLAIMS REGARDING UNFAIR COMPETITION AND TORTIOUS INTERFERENCE** |

**MANUAL FILING NOTIFICATION**

Regarding: Exhibits C, D, E, G, I, J, And K To The Declaration Of Ryan Scher In Support Of Motion By Philips Lumileds Lighting Company, LLC For Judgment On The Pleadings With Respect To Epistar Corporation's First, Third, And Fourth Claims Regarding Unfair Competition And Tortious Interference

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
2  office.
3      If you are a participant on this case, this filing will be served in hard-copy shortly.
4      For information on retrieving this filing directly from the court, please see the court's main
5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6      This filing was not efiled for the following reason(s):

7  ___ Voluminous Document (PDF file size larger than efiling system allowances)

8  ___ Unable to Scan Documents

9  ___ Physical Object (description): _____

10 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

11 _X_ Item Under Seal

12 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

13 ___ Other (description): _____

14

15 Dated: June 5, 2008                                        MORGAN, LEWIS & BOCKIUS LLP

17                                                           By: _____/s/_____
                                                                 Ryan L. Scher

19                                                           Attorneys for Defendant and Counterclaimant
                                                             PHILIPS LUMILEDS LIGHTING
                                                             COMPANY, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2                                   MANUAL FILING NOTIFICATION;
                                    CASE NO.: C 07-5194 CW