1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Lyons (State Bar No. 202284)
2  Andrew J. Wu (State Bar No. 214442)
   Ryan L. Scher (State Bar. No. 244706)
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
5  Fax:  650.843.4001
   mlyons@morganlewis.com
6  awu@morganlewis.com
   rscher@morganlewis.com
7
   MORGAN, LEWIS & BOCKIUS LLP
8  Daniel Johnson, Jr. (State Bar No. 57409)
   Amy M. Spicer (State Bar No. 188399)
9  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
10 Tel: 415.442.1000
   Fax: 415.442.1001
11 djjohnson@morganlewis.com
   aspicer@morganlewis.com
12
   Attorneys for Defendant and Counterclaimant
13 PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| EPISTAR CORPORATION, | Case No. C-07-5194 CW |
|---|---|
| Plaintiff, | **MANUAL FILING NOTIFICATION FOR EXHIBITS C, D, E, G, I, J, AND K TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF MOTION BY PHILIPS LUMILEDS LIGHTING COMPANY, LLC FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR CORPORATION'S FIRST, THIRD, AND FOURTH CLAIMS REGARDING UNFAIR COMPETITION AND TORTIOUS INTERFERENCE** |
| v. | |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

**MANUAL FILING NOTIFICATION**

Regarding:  Exhibits C, D, E, G, I, J, And K To The Declaration Of Ryan Scher In Support Of Motion By Philips Lumileds Lighting Company, LLC For Judgment On The Pleadings With Respect To Epistar Corporation's First, Third, And Fourth Claims Regarding Unfair Competition And Tortious Interference

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

MANUAL FILING NOTIFICATION;
CASE NO.:  C 07-5194 CW

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
2  office.
3       If you are a participant on this case, this filing will be served in hard-copy shortly.
4       For information on retrieving this filing directly from the court, please see the court's main
5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6       This filing was not efiled for the following reason(s):
7       ___ Voluminous Document (PDF file size larger than efiling system allowances)
8       ___ Unable to Scan Documents
9       ___ Physical Object (description): _____
10      ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
11      _X_ Item Under Seal
12      ___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
13      ___ Other (description): _____

15  Dated: June 5, 2008                          MORGAN, LEWIS & BOCKIUS LLP

17                                        By:  _____/s/_____
18                                               Ryan L. Scher

19                                        Attorneys for Defendant and Counterclaimant
                                          PHILIPS LUMILEDS LIGHTING
20                                        COMPANY, LLC