# EXHIBIT F

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C. 20436

In the Matter of

**CERTAIN HIGH-BRIGHTNESS LIGHT EMITTING DIODES AND PRODUCTS CONTAINING SAME**

Inv. No. 337-TA-556

## ORDER

Upon consideration of the motion by Respondent Epistar Corp. for a stay of the Commission's limited exclusion order, and of the responses to this motion filed by Complainant Philips LLC and the Commission investigative attorney, the Commission hereby **ORDERS** that:

1. Respondent's Motion to Stay Enforcement of Exclusion Order Pending Appeal is denied.

2. The Secretary shall serve copies of this Order upon each party of record in this investigation.

By Order of the Commission.

William R. Bishop
Acting Secretary to the Commission

Issued: August 20, 2007

CERTAIN HIGH-BRIGHTNESS LIGHT-EMITTING DIODES     337-TA-556
AND PRODUCTS CONTAINING SAME

## CERTIFICATE OF SERVICE

I, Marilyn R. Abbott, hereby certify that the attached **ORDER** has been served by hand upon the Commission Investigative Attorney, Thomas S. Fusco, Esq., and the following parties as indicated, on August 21, 2007.

Marilyn R. Abbott, Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

**ON BEHALF OF COMPLAINANT LUMILEDS LIGHTING U.S., LLC:**

| | |
|---|---|
| Michael J. Lyons, Esq.<br>Andrew J. Wu, Esq.<br>Mitchell M. Blakley, Esq.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306<br>P-650-843-4000<br>F-650-843-4001 | ( ) Via Hand Delivery<br>( ) Via Overnight Mail<br>(✓) Via First Class Mail<br>( ) Other: _____ |
| Daniel Johnson, Jr., Esq.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>P-415-442-1000<br>F-415-442-1001 | ( ) Via Hand Delivery<br>( ) Via Overnight Mail<br>(✓) Via First Class Mail<br>( ) Other: _____ |
| Eric J. Maurer, Esq.<br>Mary Jane Boswell, Esq.<br>Todd P. Taylor, Esq.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>P-202-739-3000<br>F-202-739-3001 | ( ) Via Hand Delivery<br>( ) Via Overnight Mail<br>(✓) Via First Class Mail<br>( ) Other: _____ |

Page 2 – Certificate of Service

| | |
|---|---|
| **ON BEHALF OF RESPONDENTS EPISTAR CORPORATION AND UNITED EPITAXY COMPANY:**<br><br>Yitai Hu, Esq.<br>Sean P. DeBruine, Esq.<br>S.H. Michael Kim, Esq.<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>P-650-838-2000<br>F-650-838-2001 | ( ) Via Hand Delivery<br>( ) Via Overnight Mail<br>(✓) Via First Class Mail<br>( ) Other: _____ |
| Louis H. Iselin, Esq.<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1111 Louisiana Street<br>44th Floor<br>Houston, TX 77002-5200<br>P-713-220-5800<br>F-713-236-0822 | ( ) Via Hand Delivery<br>( ) Via Overnight Mail<br>(✓) Via First Class Mail<br>( ) Other: _____ |
| Colleen Coyle, Esq.<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036-1564<br>P-202-887-4000<br>F-202-887-4288 | ( ) Via Hand Delivery<br>( ) Via Overnight Mail<br>(✓) Via First Class Mail<br>( ) Other: _____ |