1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Lyons (State Bar No. 202284)
2  Andrew J. Wu (State Bar No. 214442)
   Ryan L. Scher (State Bar. No. 244706)
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
5  Fax:  650.843.4001
   mlyons@morganlewis.com
6  awu@morganlewis.com
   rscher@morganlewis.com
7
   MORGAN, LEWIS & BOCKIUS LLP
8  Daniel Johnson, Jr. (State Bar No. 57409)
   Amy M. Spicer (State Bar No. 188399)
9  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
10 Tel: 415.442.1000
   Fax: 415.442.1001
11 djjohnson@morganlewis.com
   aspicer@morganlewis.com
12
   Attorneys for Defendant and Counterclaimant
13 PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS C, D, E, G, I, J, AND K TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF MOTION BY PHILIPS LUMILEDS LIGHTING COMPANY, LLC FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR CORPORATION'S FIRST, THIRD, AND FOURTH CLAIMS REGARDING UNFAIR COMPETITION AND TORTIOUS INTERFERENCE** |

**MANUAL FILING NOTIFICATION**

Regarding:  Exhibits C, D, E, G, I, J, And K To The Declaration Of Ryan Scher In Support Of Motion By Philips Lumileds Lighting Company, LLC For Judgment On The Pleadings With Respect To Epistar Corporation's First, Third, And Fourth Claims Regarding Unfair Competition And Tortious Interference

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

MANUAL FILING NOTIFICATION;
CASE NO.:  C 07-5194 CW

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description): _____

Dated:  June 5, 2008                                MORGAN, LEWIS & BOCKIUS LLP


By: _____/s/_____
    Ryan L. Scher

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING
COMPANY, LLC