1   MORGAN, LEWIS & BOCKIUS LLP
    Michael J. Lyons (State Bar No. 202284)
2   Andrew J. Wu (State Bar No. 214442)
    Ryan L. Scher (State Bar. No. 244706)
3   2 Palo Alto Square
    3000 El Camino Real, Suite 700
4   Palo Alto, CA  94306-2122
    Tel:  650.843.4000
5   Fax:  650.843.4001
    mlyons@morganlewis.com
6   awu@morganlewis.com
    rscher@morganlewis.com
7
    MORGAN, LEWIS & BOCKIUS LLP
8   Daniel Johnson, Jr. (State Bar No. 57409)
    Amy M. Spicer (State Bar No. 188399)
9   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
10  Tel: 415.442.1000
    Fax: 415.442.1001
11  djjohnson@morganlewis.com
    aspicer@morganlewis.com
12
    Attorneys for Defendant and Counterclaimant
13  PHILIPS LUMILEDS LIGHTING COMPANY,
    LLC
14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                         OAKLAND DIVISION
17

| 18 | EPISTAR CORPORATION, | Case No. C-07-5194 CW |
| 19 | Plaintiff, | **MANUAL FILING NOTIFICATION FOR EXHIBITS C, D, E, G, I, J, AND K TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF MOTION BY PHILIPS LUMILEDS LIGHTING COMPANY, LLC FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR CORPORATION'S FIRST, THIRD, AND FOURTH CLAIMS REGARDING UNFAIR COMPETITION AND TORTIOUS INTERFERENCE** |
| 20 | v. | |
| 21 | PHILIPS LUMILEDS LIGHTING COMPANY, LLC, | |
| 22 | Defendant. | |
| 23 | | |
| 24 | AND RELATED COUNTERCLAIMS | |

25              **MANUAL FILING NOTIFICATION**

26   Regarding:  Exhibits C, D, E, G, I, J, And K To The Declaration Of Ryan Scher In Support Of
     Motion By Philips Lumileds Lighting Company, LLC For Judgment On The Pleadings With
27   Respect To Epistar Corporation's First, Third, And Fourth Claims Regarding Unfair
     Competition And Tortious Interference
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's

2  office.

3       If you are a participant on this case, this filing will be served in hard-copy shortly.

4       For information on retrieving this filing directly from the court, please see the court's main

5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6

     This filing was not efiled for the following reason(s):

7  ___ Voluminous Document (PDF file size larger than efiling system allowances)

8  ___ Unable to Scan Documents

9

10  ___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

11  _X_ Item Under Seal

12  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

13  ___ Other (description): _____

14

15  Dated:  June 5, 2008                                  MORGAN, LEWIS & BOCKIUS LLP

16

17                                            By:  _____/s/_____
                                                  Ryan L. Scher
18
                                                  Attorneys for Defendant and Counterclaimant
19                                                PHILIPS LUMILEDS LIGHTING
                                                  COMPANY, LLC
20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2                    MANUAL FILING NOTIFICATION;
                     CASE NO.:  C 07-5194 CW