MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PHILIPS LUMILEDS LIGHTING COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND EXHIBITS C, D, E, G, I, J, AND K TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709649.1

ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' MOT.
FOR J. ON THE PLEADINGS AND EX. C, D, E, G, I, J,
K TO THE SUPPORTING SCHER DECL.; C 07-5194 CW

Pursuant to Civil L.R. 79-5 and the Protective Order entered by the administrative law judge in the ITC Investigation on December 8, 2005, Philips Lumileds Lighting Company, LLC ("Lumileds") requests the following documents to be filed under seal:

1. Philips Lumileds Lighting Company, LLC's Motion for Judgment on the Pleadings contains pertinent excerpts from Lumileds' First Set of Interrogatories to Epistar Corporation, Epistar Corporation's Responses to Lumileds' First Set of Interrogatories, and Epistar Corporation's Supplemental Responses to Lumileds' First Set of Interrogatories, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556.  These documents are confidential and subject to the Protective Order entered by the administrative law judge in the ITC Investigation.  A copy of that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with Lumileds' motion to stay the present litigation; and

2. Exhibit C to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting Company, LLC's Motion for Judgment on the Pleadings is a true and correct copy of Appellant Epistar Corp.'s Motion to Stay Exclusion Order Pending Appeal, filed July 13, 2007, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556.  This document is confidential and subject to the Protective Order entered by the administrative law judge in the ITC Investigation. A copy of that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with Lumileds' motion to stay the present litigation; and

3. Exhibit D to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting Company, LLC's Motion for Judgment on the Pleadings is a true and correct copy of Appellant Epistar Corp.'s Motion to Stay Exclusion Order Pending Appeal, filed July 13, 2007, in the action *Epistar Corp. v. Int'l Trade Comm'n, et al.*, Fed. Cir. No. 2007-1457.  This document is confidential, filed under seal, and subject to the Protective Order entered by the administrative

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

1-PA/3709649.1

2

ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' MOT. FOR J. ON THE PLEADINGS AND EX. C, D, E, G, I, J, K TO THE SUPPORTING SCHER DECL.; C 07-5194 CW

1 law judge in the ITC Investigation. A copy of that Protective Order has been submitted as
2 Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds Lighting
3 Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with
4 Lumileds' motion to stay the present litigation; and

5     4. Exhibit E to the Declaration of Ryan Scher in Support of Philips Lumileds
6 Lighting Company, LLC's Motion for Judgment on the Pleadings is a true and correct copy of
7 Exhibits N and P to Appellant Epistar Corp.'s Motion to Stay Exclusion Order Pending Appeal,
8 filed July 13, 2007, in the ITC's investigation *In the Matter of Certain High-Brightness Light*
9 *Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556. This document
10 was designated confidential and is subject to the Protective Order entered by the administrative
11 law judge in the ITC Investigation. A copy of that Protective Order has been submitted as
12 Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds Lighting
13 Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with
14 Lumileds' motion to stay the present litigation; and

15     5. Exhibit G to the Declaration of Ryan Scher in Support of Philips Lumileds
16 Lighting Company, LLC's Motion for Judgment on the Pleadings is a true and correct copy of the
17 Commission Opinion on Denial of Motion to Stay, issued August 20, 2007, in the ITC's
18 investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products*
19 *Containing Same*, USITC Inv. No. 337-TA-556. This document is confidential and subject to the
20 Protective Order entered by the administrative law judge in the ITC Investigation. A copy of that
21 Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu in Support
22 of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"), filed with this
23 Court on January 31, 2008, with Lumileds' motion to stay the present litigation; and

24     6. Exhibit I to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting
25 Company, LLC's Motion for Judgment on the Pleadings is a true and correct copy of the
26 Complainant Lumileds Lighting U.S., LLC's First Set of Interrogatories to Respondents Epistar
27 Corp. and United Epitaxy Co., Ltd., served January 19, 2006, in the ITC's investigation *In the*
28 *Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709649.1

3

ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' MOT.
FOR J. ON THE PLEADINGS AND EX. C, D, E, G, I, J,
K TO THE SUPPORTING SCHER DECL.; C 07-5194 CW

1  Inv. No. 337-TA-556. This document is confidential and subject to the Protective Order entered

2  by the administrative law judge in the ITC Investigation. A copy of that Protective Order has

3  been submitted as Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds

4  Lighting Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31,

5  2008, with Lumileds' motion to stay the present litigation; and

6      7.  Exhibit J to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting

7  Company, LLC's Motion for Judgment on the Pleadings is a true and correct copy of the

8  Respondent Epistar Corporation's Responses to Complainant Lumileds Lighting U.S., LLC's

9  First Set of Interrogatories, served January 30, 2006, in the ITC's investigation *In the Matter of*

10 *Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No.

11 337-TA-556. This document is confidential and subject to the Protective Order entered by the

12 administrative law judge in the ITC Investigation. A copy of that Protective Order has been

13 submitted as Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds

14 Lighting Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31,

15 2008, with Lumileds' motion to stay the present litigation; and

16     8.  Exhibit K to the Declaration of Ryan Scher in Support of Philips Lumileds

17 Lighting Company, LLC's Motion for Judgment on the Pleadings is a true and correct copy of the

18 Respondent Epistar Corporation's Supplemental Responses to Complainant Lumileds Lighting

19 U.S., LLC's First Set of Interrogatories, served March 3, 2006, in the ITC's investigation *In the*

20 *Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC

21 Inv. No. 337-TA-556. This document is confidential and subject to the Protective Order entered

22 by the administrative law judge in the ITC Investigation. A copy of that Protective Order has

23 been submitted as Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds

24 Lighting Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31,

25 2008, with Lumileds' motion to stay the present litigation.

26     Lumileds will lodge the aforementioned documents in hard copy with the Court as well as

27 lodge a redacted version of the Motion for Judgment on the Pleadings. This request is supported

28 by the following declaration.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709649.1      4      ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' MOT.
FOR J. ON THE PLEADINGS AND EX. C, D, E, G, I, J,
K TO THE SUPPORTING SCHER DECL.; C 07-5194 CW

For the foregoing reasons, Lumileds requests that the Court order the above documents sealed pursuant to the Protective Order entered by the administrative law judge in the ITC Investigation.

Dated: June 5, 2008

Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Michael J. Lyons
Michael J. Lyons
Attorneys for Defendant and Counterclaimant
Phillips Lumileds Lighting Company, LLC

I, Michael J. Lyons, declare as follows:

1. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, attorneys for Philips Lumileds Lighting Company, LLC. I am a member in good standing of the Bar of the State of California and admitted to practice in the United States District Court for the Northern District of California. I submit this declaration in support of the above Administrative Request to File Documents Under Seal Pursuant to Civil L.R. 79-5.

2. I have personal knowledge of each statement set forth in the Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5, and each such statement is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this the 5th day of June 2008 in Washington, D.C.

/s/ Michael J. Lyons

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709649.1

5

ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' MOT. FOR J. ON THE PLEADINGS AND EX. C, D, E, G, I, J, K TO THE SUPPORTING SCHER DECL.; C 07-5194 CW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Amy M. Spicer, am the ECF user whose ID and password are being used to file this Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5.  In compliance with General Order 45.X.B., I declare under the penalty of perjury under the laws of the United States of America that Michael J. Lyons has concurred in this filing.

Executed this 5th day of June 2008, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　/s/ Amy M. Spicer　　　　　　　　　.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709649.1

6

ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' MOT.
FOR J. ON THE PLEADINGS AND EX. C, D, E, G, I, J,
K TO THE SUPPORTING SCHER DECL.; C 07-5194 CW