MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 07-5194 CW<br><br>**[PROPOSED] ORDER GRANTING PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-PA/3709768.1

[PROPOSED] ORDER RE: LUMILEDS' MTN FOR
SUMMARY JUDGMENT
CASE NO. 07-5194 CW

Defendant Philips Lumileds Lighting Company, LLC, having moved for summary judgment on Plaintiff Epistar Corporation's second cause of action for breach of contract, and good cause therefor having been shown,

IT IS HEREBY ORDERED:

Defendant's motion is granted, and Plaintiff's second cause of action is dismissed.

**IT IS SO ORDERED**.

Dated: _____

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER RE: LUMILEDS' MTN
FOR SUMMARY JUDGMENT
CASE NO. 07-5194 CW