MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PHILIPS LUMILEDS LIGHTING COMPANY'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT AND EXHIBITS 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20, AND 21 TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709671.1

ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR SUMM. J. &
EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO THE
SUPP. SCHER DECL.; C 07-5194 CW

Pursuant to Civil L.R. 79-5 and the Protective Order entered by the administrative law judge in the ITC Investigation on December 8, 2005, Philips Lumileds Lighting Company, LLC ("Lumileds") requests the following documents to be filed under seal:

1.      Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment on Epistar's Corporation's Breach of Contract Claim contains pertinent excerpts and statements relying thereupon from the following documents: the Settlement Agreement entered into by Lumileds Lighting, U.S. LLC (now Philips Lumileds Lighting Co., LLC) and Epistar Corporation ("Epistar") on or about June 20, 3004, to settle the lawsuit *Lumileds Lighting U.S., LLC v. Epistar Corp.*, Nos. C 02-5077 and C 03-1130 CW (PVT) (N.D. Cal.); Epistar Corporation's Prehearing Brief, filed on July 14, 2006, in the U.S. International Trade Commission's ("ITC's" or "Commission's") investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556; the Corrected Prehearing Statement of Complainant Philips Lumileds Lighting Company, LLC, which it filed on July 17, 2006, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556; Epistar Corporation's Seventh Supplemental Responses To Lumileds Lighting U.S., LLC's First Set Of Interrogatories (Nos. 1-15), served on March 23, 2004, in the action *Lumileds Lighting U.S., LLC v. Epistar Corporation*, Case No. 02-5077 CW (EAI) (N.D. Cal.); Respondent Epistar Corporation's Fourth Supplemental Responses To Complainant Lumileds Lighting U.S., LLC's First Set Of Interrogatories, which it served on May 9, 2006, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556; a summary table prepared by counsel for Philips Lumileds, entitled "Comparison Of The Composition And Thickness Of The Layers In The 2004 OMA LEDs And The 2006 OMA I And II LEDs," based on Epistar's disclosures in Epistar's Interrogatory Responses; the transcript of the March 27, 2006 deposition testimony of Mr. C.C. Lu in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556, which was admitted as Complainant's Exhibit CX 605C in that investigation; the transcript of the deposition testimony of Mr. C.C. Lu in the ITC's investigation *In the Matter of Certain High-*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709671.1

2

ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR SUMM. J. &
EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO THE
SUPP. SCHER DECL.; C 07-5194 CW

1  *Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556,
2  which was admitted as Complainant's Exhibit 606C in that investigation; the transcript of the
3  June 28, 2006 deposition of Gerald B. Stringfellow, in the ITC's investigation *In the Matter of*
4  *Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No.
5  337-TA-556, which was admitted as Complainant's Exhibit 609C in that investigation; Lumileds
6  Lighting U.S. LLC's Notice Of Motion And Motion To Compel Discovery From Epistar
7  Corporation [Replacement], which it filed on March 10, 2004, in the action *Lumileds Lighting*
8  *U.S., LLC v. Epistar Corp.*, Case No. C 02-5077 CW (PVT) (N.D. Cal.); Epistar Corporation's
9  Opposition To Lumileds Lighting U.S., LLC's Motion To Compel Discovery, which it filed on
10 March 16, 2004, in *Lumileds Lighting U.S., LLC v. Epistar Corp.*, Case No. C 02-5077 CW
11 (PVT) (N.D. Cal); Lumileds Lighting U.S., LLC's Reply In Support Of Its Motion To Compel
12 Discovery From Epistar Corporation, which it filed on March 23, 2004, in the action *Lumileds*
13 *Lighting U.S., LLC v. Epistar Corp.*, Case No. C 02-5077 CW (PVT); Order Granting
14 Defendants' Motion For Summary Judgment In Part And Denying Plaintiff's Cross-Motion For
15 Summary Judgment, which was entered on June 14, 2001, in the consolidated action *United*
16 *Epitaxy Company, Ltd. v. Hewlett-Packard Co.*, No. C 00-2518 CW (N.D. Cal.); Epistar's
17 demonstrative exhibits RDX 500 (depicting Epistar's OMA I) and RDX 501 (depicting Epistar's
18 OMA II), which were admitted into evidence in the ITC's investigation *In the Matter of Certain*
19 *High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-
20 556; Deposition Exhibit 15 from the January 29, 2004, Deposition of Mr. M.J. Jou in the action
21 *Lumileds Lighting U.S. LLC v. Epistar Corporation*, Case No. C-02-05077 CW (N.D. Cal.),
22 which was admitted into evidence as CX 427C in ITC's investigation *In the Matter of Certain*
23 *High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-
24 556; and the transcript of the January 29, 2004 30(b)(6) Deposition Of Ming-Jiunn Jou, which
25 was taken in the action *Lumileds Lighting U.S. LLC v. Epistar Corporation*, Case No. C-02-
26 05077 CW (N.D. Cal.). These documents are confidential and subject to one of the following
27 Protective Orders, as individually described below: (1) The Protective Order entered by the
28 administrative law judge in the ITC Investigation, a copy of that Protective Order has been

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709671.1                                3                    ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR SUMM. J. &
                                                                   EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO THE
                                                                   SUPP. SCHER DECL.; C 07-5194 CW

submitted as Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with Lumileds' motion to stay the present litigation; (2) the Stipulated Protective Order in the case *Lumileds Lighting U.S., LLC v. Epistar Corporation*, Case No. 02-5077 CW (EAI) (N.D. Cal.) attached as Exhibit A to the Declaration of Michael Lyons in the following declaration; and (3) the Protective Order in the case *United Epitaxy Company, Ltd. v. Hewlett-Packard Co.*, No. C 00-2518 CW (N.D. Cal.) attached as Exhibit B to the Declaration of Michael Lyons in the following declaration; and

    2.    Exhibit 1 to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach of Contract is a true and correct copy of the Settlement Agreement entered into by Lumileds Lighting, U.S. LLC (now Philips Lumileds Lighting Co., LLC) and Epistar Corporation ("Epistar") on or about June 20, 3004, to settle the lawsuit *Lumileds Lighting U.S., LLC v. Epistar Corp.*, Nos. C 02-5077 and C 03-1130 CW (PVT) (N.D. Cal.). This document is confidential and subject to the Stipulated Protective Order in the case *Lumileds Lighting U.S., LLC v. Epistar Corporation*, Case No. 02-5077 CW (EAI) (N.D. Cal.) attached as Exhibit A to the Declaration of Michael Lyons in the following declaration; and

    3.    Exhibit 2 to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach of Contract is a true and correct copy of excerpts from Epistar Corporation's Prehearing Brief, which it filed on July 14, 2006, in the U.S. International Trade Commission's ("ITC's" or "Commission's") investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556. This document is confidential and subject to the Protective Order entered by the administrative law judge in the ITC Investigation. A copy of that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with Lumileds' motion to stay the present litigation; and

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

1-PA/3709671.1

4

ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR SUMM. J. & EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO THE SUPP. SCHER DECL.; C 07-5194 CW

1    4.    Exhibit 3 to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach of Contract is a true and correct copy of excerpts from the Corrected Prehearing Statement of Complainant Philips Lumileds Lighting Company, LLC, which it filed on July 17, 2006, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556. This document is confidential and subject to the Protective Order entered by the administrative law judge in the ITC Investigation. A copy of that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with Lumileds' motion to stay the present litigation; and

5.    Exhibit 6 to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach of Contract is a true and correct copy of excerpts from Epistar Corporation's Seventh Supplemental Responses To Lumileds Lighting U.S., LLC's First Set Of Interrogatories (Nos. 1-15), which it served on March 23, 2004, in the action *Lumileds Lighting U.S., LLC v. Epistar Corporation*, Case No. 02-5077 CW (EAI) (N.D. Cal.). This document is confidential and subject to the Stipulated Protective Order in the case *Lumileds Lighting U.S., LLC v. Epistar Corporation*, Case No. 02-5077 CW (EAI) (N.D. Cal.) attached as Exhibit A to the Declaration of Michael Lyons in the following declaration; and

6.    Exhibit 7 to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach of Contract is a true and correct copy of excerpts from Respondent Epistar Corporation's Fourth Supplemental Responses To Complainant Lumileds Lighting U.S., LLC's First Set Of Interrogatories, which it served on May 9, 2006, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556. This document is confidential and subject to the Protective Order entered by the administrative law judge in the ITC Investigation. A copy of that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709671.1    5    ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR SUMM. J. & EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO THE SUPP. SCHER DECL.; C 07-5194 CW

1   Lighting Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31,
2   2008, with Lumileds' motion to stay the present litigation; and

3        7.     Exhibit 8 to the Declaration of Ryan Scher in Support of Philips Lumileds
4   Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach
5   of Contract is a summary table prepared by counsel for Philips Lumileds, entitled "Comparison
6   Of The Composition And Thickness Of The Layers In The 2004 OMA LEDs And The 2006
7   OMA I And II LEDs," based on Epistar's disclosures in Exhibits 6 and 7, *supra*.  This document
8   is confidential and subject to the Protective Order entered by the administrative law judge in the
9   ITC Investigation.  A copy of that Protective Order has been submitted as Exhibit A to the
10  Declaration of Andrew J. Wu in Support of Philips Lumileds Lighting Company's Motion to Stay
11  ("Wu Declaration"), filed with this Court on January 31, 2008, with Lumileds' motion to stay the
12  present litigation; and

13       8.     Exhibit 9 to the Declaration of Ryan Scher in Support of Philips Lumileds
14  Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach
15  of Contract is a true and correct copy of excerpts from the March 27, 2006, deposition testimony
16  of Mr. C.C. Lu in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting*
17  *Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556, which was admitted as
18  Complainant's Exhibit CX 605C in that investigation.  This document is confidential and subject
19  to the Protective Order entered by the administrative law judge in the ITC Investigation.  A copy
20  of that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu in
21  Support of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"), filed with
22  this Court on January 31, 2008, with Lumileds' motion to stay the present litigation; and

23       9.     Exhibit 11 to the Declaration of Ryan Scher in Support of Philips Lumileds
24  Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach
25  of Contract is a true and correct copy of excerpts from the March 28, 2006, deposition testimony
26  of Mr. C.C. Lu in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting*
27  *Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556, which was admitted as
28  Complainant's Exhibit 606C in that investigation.  This document is confidential and subject to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709671.1     6    ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR SUMM. J. &
EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO THE
SUPP. SCHER DECL.; C 07-5194 CW

1   the Protective Order entered by the administrative law judge in the ITC Investigation. A copy of
2   that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu in
3   Support of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"), filed with
4   this Court on January 31, 2008, with Lumileds' motion to stay the present litigation; and

5   10.  Exhibit 12 to the Declaration of Ryan Scher in Support of Philips Lumileds
6   Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach
7   of Contract is a true and correct copy of excerpts from the June 28, 2006, deposition of Gerald B.
8   Stringfellow, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting*
9   *Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556, which was admitted as
10  Complainant's Exhibit 609C in that investigation. This document is confidential and subject to
11  the Protective Order entered by the administrative law judge in the ITC Investigation. A copy of
12  that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu in
13  Support of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"), filed with
14  this Court on January 31, 2008, with Lumileds' motion to stay the present litigation; and

15  11.  Exhibit 14 to the Declaration of Ryan Scher in Support of Philips Lumileds
16  Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach
17  of Contract is a true and correct copy of excerpts from Lumileds Lighting U.S. LLC's Notice Of
18  Motion And Motion To Compel Discovery From Epistar Corporation [Replacement], which it
19  filed on March 10, 2004, in the action *Lumileds Lighting U.S., LLC v. Epistar Corp.*, Case No. C
20  02-5077 CW (PVT) (N.D. Cal.). This document is confidential and subject to the Stipulated
21  Protective Order in the case *Lumileds Lighting U.S., LLC v. Epistar Corporation*, Case No. 02-
22  5077 CW (EAI) (N.D. Cal.) attached as Exhibit A to the Declaration of Michael Lyons in the
23  following declaration; and

24  12.  Exhibit 15 to the Declaration of Ryan Scher in Support of Philips Lumileds
25  Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach
26  of Contract is a true and correct copy of excerpts from Epistar Corporation's Opposition To
27  Lumileds Lighting U.S., LLC's Motion To Compel Discovery, which it filed on March 16, 2004,
28  in *Lumileds Lighting U.S., LLC v. Epistar Corp.*, Case No. C 02-5077 CW (PVT) (N.D. Cal).

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709671.1                  7                  ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR SUMM. J. &
                                                   EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO THE
                                                   SUPP. SCHER DECL.; C 07-5194 CW

1   This document is confidential and subject to the Stipulated Protective Order in the case *Lumileds Lighting U.S., LLC v. Epistar Corporation*, Case No. 02-5077 CW (EAI) (N.D. Cal.) attached as Exhibit A to the Declaration of Michael Lyons in the following declaration; and

13.   Exhibit 16 to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach of Contract is a true and correct copy of excerpts from Lumileds Lighting U.S., LLC's Reply In Support Of Its Motion To Compel Discovery From Epistar Corporation, which it filed on March 23, 2004, in the action *Lumileds Lighting U.S., LLC v. Epistar Corp.*, Case No. C 02-5077 CW (PVT).  This document is confidential and subject to the Stipulated Protective Order in the case *Lumileds Lighting U.S., LLC v. Epistar Corporation*, Case No. 02-5077 CW (EAI) (N.D. Cal.) attached as Exhibit A to the Declaration of Michael Lyons in the following declaration; and

14.   Exhibit 18 to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach of Contract is a true and correct copy of excerpts from the Order Granting Defendants' Motion For Summary Judgment In Part And Denying Plaintiff's Cross-Motion For Summary Judgment, which was entered on June 14, 2001, in the consolidated action *United Epitaxy Company, Ltd. v. Hewlett-Packard Co.*, No. C 00-2518 CW (N.D. Cal.).  This document is confidential and subject to the Protective Order in the case *United Epitaxy Company, Ltd. v. Hewlett-Packard Co.*, No. C 00-2518 CW (N.D. Cal.) attached as Exhibit B to the Declaration of Michael Lyons in the following declaration; and

15.   Exhibit 19 to the Declaration of Ryan Scher in Support of Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach of Contract is a true and correct copy of Epistar's demonstrative exhibits RDX 500 (depicting Epistar's OMA I) and RDX 501 (depicting Epistar's OMA II), which were admitted into evidence in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556.  This document is confidential and subject to the Protective Order entered by the administrative law judge in the ITC Investigation. A copy of that Protective Order has been submitted as Exhibit A to the Declaration of Andrew J.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709671.1   8   ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR SUMM. J. & EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO THE SUPP. SCHER DECL.; C 07-5194 CW

1  Wu in Support of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"),
2  filed with this Court on January 31, 2008, with Lumileds' motion to stay the present litigation;
3  and

4      16.    Exhibit 20 to the Declaration of Ryan Scher in Support of Philips Lumileds
5  Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach
6  of Contract is a true and correct copy of Deposition Exhibit 15 from the January 29, 2004,
7  Deposition of Mr. M.J. Jou in the action *Lumileds Lighting U.S. LLC v. Epistar Corporation*,
8  Case No. C-02-05077 CW (N.D. Cal.), which was admitted into evidence as CX 427C in ITC's
9  investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products
10  Containing Same*, USITC Inv. No. 337-TA-556. This document is confidential and subject to the
11  Protective Order entered by the administrative law judge in the ITC Investigation. A copy of that
12  Protective Order has been submitted as Exhibit A to the Declaration of Andrew J. Wu in Support
13  of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"), filed with this
14  Court on January 31, 2008, with Lumileds' motion to stay the present litigation; and

15      17.    Exhibit 21 to the Declaration of Ryan Scher in Support of Philips Lumileds
16  Lighting Company, LLC's Motion for Summary Judgment on Epistar Corp.'s Claim for Breach
17  of Contract is a true and correct copy of excerpts from the January 29, 2004, 30(b)(6) Deposition
18  Of Ming-Jiunn Jou, which was taken in the action *Lumileds Lighting U.S. LLC v. Epistar
19  Corporation*, Case No. C-02-05077 CW (N.D. Cal.). This document is confidential and subject
20  to the Stipulated Protective Order in the case *Lumileds Lighting U.S., LLC v. Epistar
21  Corporation*, Case No. 02-5077 CW (EAI) (N.D. Cal.) attached as Exhibit A to the Declaration of
22  Michael Lyons in the following declaration.

23  Lumileds will lodge the aforementioned documents in hard copy with the Court as well as
24  lodge a redacted version of the Motion for Summary Judgment. This request is supported by the
25  following declaration.

28  MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709671.1

9

ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR SUMM. J. &
EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO THE
SUPP. SCHER DECL.; C 07-5194 CW

For the foregoing reasons, Lumileds requests that the Court order the above documents sealed pursuant to the Protective Order entered by the administrative law judge in the ITC Investigation.

Dated: June 5, 2008  Respectfully Submitted,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Michael J. Lyons
Michael J. Lyons
Attorneys for Defendant and Counterclaimant
Phillips Lumileds Lighting Company, LLC

I, Michael J. Lyons, declare as follows:

1. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, attorneys for Philips Lumileds Lighting Company, LLC. I am a member in good standing of the Bar of the State of California and admitted to practice in the United States District Court for the Northern District of California. I submit this declaration in support of the above Administrative Request to File Documents Under Seal Pursuant to Civil L.R. 79-5.

2. I have personal knowledge of each statement set forth in the Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5, and each such statement is true and correct.

3. Exhibit A is a true and correct copy of the Stipulated Protective Order entered into by Lumileds Lighting U.S., LLC (now Philips Lumileds Lighting Co., LLC) and Epistar Corporation on December 3, 2003.

4. Exhibit B is a true and correct copy of the Protective Order entered into by United Epitaxy Company, Ltd. and Hewlett-Packard Company, et al. on January 9, 2001.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this the 5th day of June 2008 in Washington, D.C.

/s/ Michael J. Lyons

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709671.1        10        ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR SUMM. J. & EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO THE SUPP. SCHER DECL.; C 07-5194 CW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Amy M. Spicer, am the ECF user whose ID and password are being used to file this Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5.  In compliance with General Order 45.X.B., I declare under the penalty of perjury under the laws of the United States of America that Michael J. Lyons has concurred in this filing.

Executed this 5th day of June 2008, at San Francisco, California.

/s/ Amy M. Spicer