1    MORGAN, LEWIS & BOCKIUS LLP
     Michael J. Lyons (State Bar No. 202284)
2    Andrew J. Wu (State Bar No. 214442)
     Ryan L. Scher (State Bar. No. 244706)
3    2 Palo Alto Square
     3000 El Camino Real, Suite 700
4    Palo Alto, CA  94306-2122
     Tel:  650.843.4000
5    Fax:  650.843.4001
     mlyons@morganlewis.com
6    awu@morganlewis.com
     rscher@morganlewis.com
7
     MORGAN, LEWIS & BOCKIUS LLP
8    Daniel Johnson, Jr. (State Bar No. 57409)
     Amy M. Spicer (State Bar No. 188399)
9    One Market, Spear Street Tower
     San Francisco, CA  94105-1126
10   Tel: 415.442.1000
     Fax: 415.442.1001
11   djjohnson@morganlewis.com
     aspicer@morganlewis.com
12
     Attorneys for Defendant and Counterclaimant
13   PHILIPS LUMILEDS LIGHTING COMPANY,
     LLC
14
                    UNITED STATES DISTRICT COURT
15
                 NORTHERN DISTRICT OF CALIFORNIA
16
                         OAKLAND DIVISION
17

18
     EPISTAR CORPORATION,                    Case No. C-07-5194 CW
19
                        Plaintiff,           **[PROPOSED] ORDER GRANTING**
20                                           **ADMINISTRATIVE REQUEST TO FILE**
                                             **UNDER SEAL PURSUANT TO CIVIL L.R.**
21              v.                           **79-5 PHILIPS LUMILEDS LIGHTING**
                                             **COMPANY'S MOTION FOR SUMMARY**
22   PHILIPS LUMILEDS LIGHTING              **JUDGMENT ON EPISTAR**
     COMPANY, LLC,                           **CORPORATION'S CLAIM FOR BREACH**
                                             **OF CONTRACT AND EXHIBITS 1, 2, 3, 6,**
23                      Defendant.           **7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20, AND 21**
                                             **TO THE DECLARATION OF RYAN**
24   ─────────────────────────────          **SCHER IN SUPPORT OF PHILIPS**
     AND RELATED COUNTERCLAIMS             **LUMILEDS LIGHTING COMPANY'S**
25                                           **MOTION FOR SUMMARY JUDGMENT**
                                             **ON EPISTAR CORPORATION'S CLAIM**
26                                           **FOR BREACH OF CONTRACT**

27

28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
  PALO ALTO          1-PA/3709686.1

1    **[PROPOSED] ORDER**

2    The Court having considered the papers submitted, and the papers on file in this case, and

3    upon good cause showing,

4

5    **IT IS HEREBY ORDERED:**

6    Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

7    1.    Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar

8    Corporation's Claim for Breach of Contract; and

9    2.    Exhibit 1 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

10    Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

11    of Contract; and

12    3.    Exhibit 2 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

13    Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

14    of Contract; and

15    4.    Exhibit 3 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

16    Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

17    of Contract; and

18    5.    Exhibit 6 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

19    Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

20    of Contract; and

21    6.    Exhibit 7 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

22    Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

23    of Contract; and

24    7.    Exhibit 8 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

25    Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

26    of Contract; and

27    8.    Exhibit 9 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

28    Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709686.1

2

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO SEAL
LUMILEDS' MOT. FOR S. J. & EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14,
15, 16, 18, 19, 20 & 21 TO SUPP. SCHER DECL.; C 07-5194 CW

1  of Contract; and

2        9.     Exhibit 11 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

3  Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

4  of Contract; and

5        10.    Exhibit 12 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

6  Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

7  of Contract; and

8        11.    Exhibit 14 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

9  Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

10  of Contract; and

11        12.    Exhibit 15 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

12  Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

13  of Contract; and

14        13.    Exhibit 16 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

15  Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

16  of Contract; and

17        14.    Exhibit 18 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

18  Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

19  of Contract; and

20        15.    Exhibit 19 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

21  Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

22  of Contract; and

23        16.    Exhibit 20 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

24  Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

25  of Contract; and

26        17.    Exhibit 21 To The Declaration Of Ryan Scher In Support Of Philips Lumileds

27  Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

28  of Contract.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709686.1

3

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO SEAL
LUMILEDS' MOT. FOR S. J. & EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14,
15, 16, 18, 19, 20 & 21 TO SUPP. SCHER DECL.; C 07-5194 CW

1    **IT IS SO ORDERED.**

2

3    Dated:_____    _____

4                                              CLAUDIA WILKEN
                                           UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709686.1

4

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO SEAL
LUMILEDS' MOT. FOR S. J. & EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14,
15, 16, 18, 19, 20 & 21 TO SUPP. SCHER DECL.; C 07-5194 CW