| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Michael J. Lyons (State Bar No. 202284) |
| 2 | Andrew J. Wu (State Bar No. 214442) |
| | Ryan L. Scher (State Bar. No. 244706) |
| 3 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 4 | Palo Alto, CA  94306-2122 |
| | Tel:  650.843.4000 |
| 5 | Fax:  650.843.4001 |
| | mlyons@morganlewis.com |
| 6 | awu@morganlewis.com |
| | rscher@morganlewis.com |
| 7 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | Daniel Johnson, Jr. (State Bar No. 57409) |
| | Amy M. Spicer (State Bar No. 188399) |
| 9 | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| 10 | Tel: 415.442.1000 |
| | Fax:  415.442.1001 |
| 11 | djjohnson@morganlewis.com |
| | aspicer@morganlewis.com |

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS 1-3, 6-9, 11, 12, 14-16, AND 18-21 TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT** |

**MANUAL FILING NOTIFICATION**

Regarding:  EXHIBITS 1-3, 6-9, 11, 12, 14-16, AND 18-21 TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709772.1

MANUAL FILING NOTIFICATION;
CASE NO.:  C 07-5194 CW

1 | This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description): _____

Dated: June 5, 2008                               MORGAN, LEWIS & BOCKIUS LLP


By:      /s/
       Ryan L. Scher

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING
COMPANY, LLC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2
1-PA/3709772.1

MANUAL FILING NOTIFICATION;
CASE NO.: C 07-5194 CW