MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>                    Defendant. | Case No. C-07-5194 CW<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS 1-3, 6-9, 11, 12, 14-16, AND 18-21 TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT** |
| AND RELATED COUNTERCLAIMS | |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBITS 1-3, 6-9, 11, 12, 14-16, AND 18-21 TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709772.1

MANUAL FILING NOTIFICATION;
CASE NO.: C 07-5194 CW

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
2  office.
3      If you are a participant on this case, this filing will be served in hard-copy shortly.
4      For information on retrieving this filing directly from the court, please see the court's main
5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

6      This filing was not efiled for the following reason(s):
7    ___ Voluminous Document (PDF file size larger than efiling system allowances)
8    ___ Unable to Scan Documents
9
10   ___ Physical Object (description): _____
11   ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
12   _X_ Item Under Seal
13   ___ Conformance with the Judicial Conference Privacy Policy (General Order 53)
14   ___ Other (description): _____

15 Dated:  June 5, 2008                                    MORGAN, LEWIS & BOCKIUS LLP
16
17                                                         By:     /s/
18                                                              Ryan L. Scher
19                                                         Attorneys for Defendant and Counterclaimant
                                                          PHILIPS LUMILEDS LIGHTING
20                                                        COMPANY, LLC

21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO