1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Lyons (State Bar No. 202284)
2  Andrew J. Wu (State Bar No. 214442)
   Ryan L. Scher (State Bar. No. 244706)
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
5  Fax:  650.843.4001
   mlyons@morganlewis.com
6  awu@morganlewis.com
   rscher@morganlewis.com
7
   MORGAN, LEWIS & BOCKIUS LLP
8  Daniel Johnson, Jr. (State Bar No. 57409)
   Amy M. Spicer (State Bar No. 188399)
9  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
10 Tel:  415.442.1000
   Fax:  415.442.1001
11 djjohnson@morganlewis.com
   aspicer@morganlewis.com
12
   Attorneys for Defendant and Counterclaimant
13 PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| EPISTAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS 1-3, 6-9, 11, 12, 14-16, AND 18-21 TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT** |
|---|---|

**MANUAL FILING NOTIFICATION**

Regarding:  EXHIBITS 1-3, 6-9, 11, 12, 14-16, AND 18-21 TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709772.1

MANUAL FILING NOTIFICATION;
CASE NO.: C 07-5194 CW

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
2  office.
3      If you are a participant on this case, this filing will be served in hard-copy shortly.
4      For information on retrieving this filing directly from the court, please see the court's main
5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

   This filing was not efiled for the following reason(s):

   ___ Voluminous Document (PDF file size larger than efiling system allowances)

   ___ Unable to Scan Documents

   ___ Physical Object (description): _____

   ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

   _X_ Item Under Seal

   ___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

   ___ Other (description): _____

Dated:  June 5, 2008                    MORGAN, LEWIS & BOCKIUS LLP


                                        By:      /s/
                                            Ryan L. Scher

                                        Attorneys for Defendant and Counterclaimant
                                        PHILIPS LUMILEDS LIGHTING
                                        COMPANY, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

                        2                    MANUAL FILING NOTIFICATION;
              1-PA/3709772.1                 CASE NO.: C 07-5194 CW