| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
|   | Michael J. Lyons (State Bar No. 202284) |
| 2 | Andrew J. Wu (State Bar No. 214442) |
|   | Ryan L. Scher (State Bar. No. 244706) |
| 3 | 2 Palo Alto Square |
|   | 3000 El Camino Real, Suite 700 |
| 4 | Palo Alto, CA  94306-2122 |
|   | Tel:  650.843.4000 |
| 5 | Fax:  650.843.4001 |
|   | mlyons@morganlewis.com |
| 6 | awu@morganlewis.com |
|   | rscher@morganlewis.com |
| 7 | |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | Daniel Johnson, Jr. (State Bar No. 57409) |
|   | Amy M. Spicer (State Bar No. 188399) |
| 9 | One Market, Spear Street Tower |
|   | San Francisco, CA  94105-1126 |
| 10 | Tel: 415.442.1000 |
|    | Fax:  415.442.1001 |
| 11 | djjohnson@morganlewis.com |
|    | aspicer@morganlewis.com |
| 12 | |
|    | Attorneys for Defendant and Counterclaimant |
| 13 | PHILIPS LUMILEDS LIGHTING COMPANY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION, | Case No. C-07-5194 CW |
| Plaintiff, | **MANUAL FILING NOTIFICATION FOR EXHIBITS 1-3, 6-9, 11, 12, 14-16, AND 18-21 TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT** |
| v. | |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

**MANUAL FILING NOTIFICATION**

Regarding:  EXHIBITS 1-3, 6-9, 11, 12, 14-16, AND 18-21 TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709772.1

MANUAL FILING NOTIFICATION;
CASE NO.:  C 07-5194 CW

1  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
2  office.
3      If you are a participant on this case, this filing will be served in hard-copy shortly.
4      For information on retrieving this filing directly from the court, please see the court's main
5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

    This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description): _____

Dated: June 5, 2008                                      MORGAN, LEWIS & BOCKIUS LLP


By: _____/s/_____
    Ryan L. Scher

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING
COMPANY, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2
1-PA/3709772.1

MANUAL FILING NOTIFICATION;
CASE NO.: C 07-5194 CW