1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Lyons (State Bar No. 202284)
2  Andrew J. Wu (State Bar No. 214442)
   Ryan L. Scher (State Bar No.
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
5  Fax:  650.843.4001
   mlyons@morganlewis.com
6  awu@morganlewis.com
   rscher@morganlewis.com
7
   MORGAN, LEWIS & BOCKIUS LLP
8  Daniel Johnson, Jr. (State Bar No. 57409)
   Amy M. Spicer (State Bar No. 188399)
9  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
10 Tel: 415.442.1000
   Fax:  415.442.1001
11 djjohnson@morganlewis.com
   aspicer@morganlewis.com
12
   Attorneys for Defendant and Counterclaimant
13 PHILIPS LUMILEDS LIGHTING COMPANY, LLC

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          OAKLAND DIVISION
17

18
   EPISTAR CORPORATION,              | Case No. C 07-5194 CW
19
              Plaintiff,             | **CERTIFICATE OF SERVICE**
20
          vs.
21
   PHILIPS LUMILEDS LIGHTING
22 COMPANY, LLC,

23            Defendant.

24 ─────────────────────────────
   AND RELATED COUNTERCLAIMS
25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
ATTORNEYS AT LAW
 SAN FRANCISCO

1-PA/3709947.1                                         CERTIFICATE OF SERVICE
                                                       CASE NO. 07-5194 CW

# CERTIFICATE OF SERVICE

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306. On June 5, 2008, I caused copies of the attached document(s) described as follows:

Sealed Motion By Philips Lumileds Lighting, LLC For Judgment On The Pleadings With Respect To Epistar Corporation's First, Third, And Fourth Claims Regarding Unfair Competition And Tortious Interference;

Sealed Exhibits C, D, E, G, I, J, and K to the Declaration of Ryan Scher in Support of Motion By Philips Lumileds Lighting Company, LLC For Judgment On The Pleadings With Respect To Epistar Corporation's First, Third, And Fourth Claims Regarding Unfair Competition And Tortious Interference;

Sealed Philips Lumileds Lighting Company, LLC's Motion For Summary Judgment On Epistar Corporation's Claim For Breach Of Contract; and

Sealed Exhibits 1-3, 6-9, 11, 12, 14-16, And 18-21 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company, LLC's Motion For Summary Judgment On Epistar Corporation's Claim For Breach Of Contract

to be served on:

Yitai Hu, Esq.
Steven D. Hemminger, Esq.
Sang Hui Michael Kim, Esq.
Lenny Huang, Esq.
Akin Gump Strauss Hauer & Feld LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
yhu@akingump.com
shemminger@akingump.com
mkim@akingump.com
lhuang@akingump.com
skapralov@akingump.com

_____(BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

_____(BY ELECTRONIC MAIL: CONFIDENTIAL DOCUMENTS) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

_____(BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited in the United States Postal Service the same date as it is

1 placed for collection; and

2 _____(BY FACSIMILE) The person whose name is noted below caused to be transmitted by facsimile each such document to the addressee(s) noted above; and

3

4 \_\_X\_\_(BY PERSONAL SERVICE) The person whose name is noted below caused to be delivered by hand each such envelope to the addressee(s) noted above.

5

6 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California, on June 6, 2008.

7

8 /s/ Marilyn J. Boensch
Marilyn J. Boensch