1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Lyons (State Bar No. 202284)
2  Andrew J. Wu (State Bar No. 214442)
   Ryan L. Scher (State Bar. No. 244706)
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
5  Fax:  650.843.4001
   mlyons@morganlewis.com
6  awu@morganlewis.com
   rscher@morganlewis.com
7
   MORGAN, LEWIS & BOCKIUS LLP
8  Daniel Johnson, Jr. (State Bar No. 57409)
   Amy M. Spicer (State Bar No. 188399)
9  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
10 Tel: 415.442.1000
   Fax: 415.442.1001
11 djjohnson@morganlewis.com
   aspicer@morganlewis.com
12
   Attorneys for Defendant and Counterclaimant
13 PHILIPS LUMILEDS LIGHTING COMPANY, LLC

14                    UNITED STATES DISTRICT COURT
15                    NORTHERN DISTRICT OF CALIFORNIA
16                              OAKLAND DIVISION
17

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>NOTICE OF APPEARANCE OF RYAN SCHER ON BEHALF OF DEFENDANT AND COUNTERCLAIMANT PHILIPS LUMILEDS LIGHTING COMPANY, LLC |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Ryan Scher, from the firm Morgan, Lewis & Bockius, LLP, hereby appears on behalf of Defendant and Counterclaimant Philips Lumileds Lighting Company, LLC.  The address of record is as follows:

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20757029.1                    1                    NOTICE OF APPEARANCE OF RYAN SCHER ON BEHALF OF
                                                       DEFENDANT AND COUNTERCLAIMANT PHILIPS
                                                       LUMILEDS LIGHTING COMPANY, LLC   C 07-5194 CW

1
2  Ryan Scher, Esq.
3  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
5  Fax:  650.843.4001
   rscher@morganlewis.com
6
7
8  Dated: July 10, 2008                         Respectfully submitted,
9                                               MORGAN, LEWIS & BOCKIUS LLP
10
11                                              By /s/ Ryan Scher
                                                   Ryan Scher (State Bar. No. 244706)
12                                                 Attorneys for Defendant and
                                                   Counterclaimant
13                                                 Phillips Lumileds Lighting Company, LLC
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

DB2/20757029.1                  2         NOTICE OF APPEARANCE OF RYAN SCHER ON BEHALF OF
                                          DEFENDANT AND COUNTERCLAIMANT PHILIPS
                                          LUMILEDS LIGHTING COMPANY, LLC   C 07-5194 CW