YITAI HU (SBN 248085) yhu@akingump.com
STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:     650.838.2000
Facsimile:     650.838.2001

Attorneys for Plaintiff
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>Defendant. | Case No. C 07-5194 CW<br><br>**EPISTAR'S ADMINISTRATIVE MOTION TO FILE PAPERS IN SUPPORT OF ITS OPPOSITION TO PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>Date: August 7, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>Judge: The Honorable Claudia Wilken |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>EPISTAR CORPORATION,<br><br>Counterclaim Defendant. | |

1    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff and counterclaim defendant Epistar

2    Corporation hereby requests leave of Court to file under seal the following documents, which have

3    been lodged with the Clerk:

4        1.    Epistar Corporation's Opposition to Philips Lumileds Lighting Company, LLC's Motion

5    for Summary Judgment;

6        2.    Declaration of Lenny Huang in Support of Epistar Corporation's Opposition to Philips

7    Lumileds Lighting Company, LLC's Motion for Summary Judgment, including Exhibits A-I;

8        3.    Declaration of Titus Chang in Support of Epistar Corporation's Opposition to Philips

9    Lumileds Lighting Company, LLC's Motion for Summary Judgment, including Exhibits 1-2;

10        4.    Declaration of Gerald B. Stringfellow, Ph.D. in Support of Epistar Corporation's

11    Opposition to Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment, including

12    Exhibits 1-3;

13        5.    Declaration of C.C. Lu in Support of Epistar Corporation's Opposition to Philips

14    Lumileds Lighting Company, LLC's Motion for Summary Judgment, including Exhibits 1-3.

15

16

17

18

19    Dated: July____, 2008

20    _____
      HONORABLE CLAUDIA WILKEN
21    UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

1

## SUPPORTING DECLARATION OF LENNY HUANG

2    I, Lenny Huang, declare as follows:

3    I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel to Epistar

4    Corporation ("Epistar") in this action.  I am a member in good standing of the State Bars of New York

5    and New Jersey and admitted to this proceeding *pro hac vice*.  I have personal knowledge of the facts

6    set forth in this declaration, except where otherwise stated, and could testify competently to such facts

7    under oath if called as a witness.

8    Epistar Corporation seeks to file under seal the following documents:

9        1.        Epistar Corporation's Opposition to Philips Lumileds Lighting Company, LLC's Motion

10   for Summary Judgment;

11       2.        Declaration of Lenny Huang in Support of Epistar Corporation's Opposition to Philips

12   Lumileds Lighting Company, LLC's Motion for Summary Judgment;

13       3.        Declaration of Titus Chang in Support of Epistar Corporation's Opposition to Philips

14   Lumileds Lighting Company, LLC's Motion for Summary Judgment, including Exhibits 1-2;

15       4.        Declaration of Gerald B. Stringfellow, Ph.D. in Support of Epistar Corporation's

16   Opposition to Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment, including

17   Exhibits 1-3;

18       5.        Declaration of C.C. Lu in Support of Epistar Corporation's Opposition to Philips

19   Lumileds Lighting Company, LLC's Motion for Summary Judgment, including Exhibits 1-3.

20   The above-referenced documents refer to information designated CONFIDENTIAL or

21   CONFIDENTIAL – ATTORNEYS' EYES ONLY  by Epistar Corporation.  In accordance with Civil

22   Local Rule 79-5(b), Epistar files and serves this Administrative Motion for a sealing order.

23

24   I declare under penalty of perjury under the laws of the United States that the foregoing is true and

25   correct.  Executed on July 10, 2008 at Palo Alto, California.

26

27                                    _____/s/_____
                                      Lenny Huang *(Admitted Pro Hac Vice)*

28