1  YITAI HU (SBN 248085) yhu@akingump.com
   STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
2  SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
   SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Two Palo Alto Square
4  3000 El Camino Real, Suite 400
   Palo Alto, CA  94306
5  Telephone:      650.838.2000
   Facsimile:      650.838.2001
6
   Attorneys for Plaintiff
7  EPISTAR CORPORATION

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12 EPISTAR CORPORATION,                    Case No. C 07-5194 CW

13         Plaintiff,                      **EPISTAR'S ADMINISTRATIVE MOTION
                                           TO FILE PAPERS IN SUPPORT OF ITS
14     v.                                  OPPOSITION TO MOTION BY PHILIPS
                                           LUMILEDS LIGHTING COMPANY, LLC
15 PHILIPS LUMILEDS LIGHTING               FOR JUDGMENT ON THE PLEADINGS
   COMPANY, LLC,                           WITH RESPECT TO EPISTAR
16                                         CORPORATION'S FIRST, THIRD, AND
           Defendant.                      FOURTH CLAIMS REGARDING UNFAIR
17                                         COMPETITION AND TORTIOUS
                                           INTERFERENCE UNDER SEAL**
18
                                           Date:  August 7, 2008
19                                         Time:  2:00 p.m.
                                           Location:  Courtroom 2, 4th Floor
20                                         Judge:  The Honorable Claudia Wilken

21

22 PHILIPS LUMILEDS LIGHTING
   COMPANY, LLC,
23
           Counterclaim Plaintiff,
24
       v.
25
   EPISTAR CORPORATION,
26
           Counterclaim Defendant.
27

28

---

CASE NO. C 07-5194 CW

1

2    Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff and counterclaim defendant Epistar

3 Corporation hereby requests leave of Court to file under seal the following document, which has been

4 lodged with the Clerk:

5    1.    Epistar Corporation's Opposition to Motion by Philips Lumileds Lighting Company,

6 LLC for Judgment on the Pleadings with Respect to Epistar Corporation's First, Third, and Fourth

7 Claims Regarding Unfair Competition and Tortious Interference.

8

9

10

Dated: July____, 2008

11                                            _____
                                               HONORABLE CLAUDIA WILKEN
12                                             UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EPISTAR CORP.'S ADMINISTRATIVE MOTION TO
FILE UNDER SEAL                                                        CASE NO. C 07-5194 CW

## SUPPORTING DECLARATION OF LENNY HUANG

I, Lenny Huang, declare as follows:

I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel to Epistar Corporation ("Epistar") in this action. I am a member in good standing of the State Bars of New York and New Jersey and admitted to this proceeding *pro hac vice*. I have personal knowledge of the facts set forth in this declaration, except where otherwise stated, and could testify competently to such facts under oath if called as a witness.

Epistar Corporation seeks to file under seal the following document:

1. Epistar Corporation's Opposition to Motion by Philips Lumileds Lighting Company, LLC for Judgment on the Pleadings with Respect to Epistar Corporation's First, Third, and Fourth Claims Regarding Unfair Competition and Tortious Interference.

The above-referenced document refers to information designated CONFIDENTIAL or CONFIDENTIAL – ATTORNEYS' EYES ONLY by Epistar Corporation. In accordance with Civil Local Rule 79-5(b), Epistar files and serves this Administrative Motion for a sealing order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 10, 2008 at Palo Alto, California.

/s/
Lenny Huang *(Admitted Pro Hac Vice)*