YITAI HU (SBN 248085) yhu@akingump.com
STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA  94306
Telephone:        650.838.2000
Facsimile:          650.838.2001

Attorneys for Plaintiff
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>            Defendant. | Case No. C 07-5194 CW<br><br>**[PROPOSED] ORDER GRANTING EPISTAR'S ADMINISTRATIVE MOTION TO FILE PAPERS IN SUPPORT OF ITS OPPOSITION TO MOTION BY PHILIPS LUMILEDS LIGHTING COMPANY, LLC FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR CORPORATION'S FIRST, THIRD, AND FOURTH CLAIMS REGARDING UNFAIR COMPETITION AND TORTIOUS INTERFERENCE UNDER SEAL**<br><br>Date:  August 7, 2008<br>Time:  2:00 p.m.<br>Location:  Courtroom 2, 4th Floor<br>Judge:  The Honorable Claudia Wilken |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>            Counterclaim Plaintiff,<br><br>     v.<br><br>EPISTAR CORPORATION,<br><br>            Counterclaim Defendant. | |

The Court has received Plaintiff and counter defendant Epistar Corporation's Administrative Motion to File Papers in Support of Its Opposition to Motion by Philips Lumileds Lighting Company, LLC for Judgment on the Pleadings with Respect to Epistar Corporation's First, Third, and Fourth Claims Regarding Unfair Competition and Tortious Interference Under Seal, filed July 10, 2008.  Good cause appearing, the motion is GRANTED.

It is hereby ORDERED that the following document be filed under seal:

1. Epistar Corporation's Opposition to Motion by Philips Lumileds Lighting Company, LLC for Judgment on the Pleadings with Respect to Epistar Corporation's First, Third, and Fourth Claims Regarding Unfair Competition and Tortious Interference.

IT IS SO ORDERED.

Dated: July____, 2008

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE