YITAI HU (SBN 248085) yhu@akingump.com
STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:    650.838.2000
Facsimile:    650.838.2001

Attorneys for Plaintiff
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>            Defendant. | Case No. C 07-5194 CW<br><br>**CERTIFICATE OF SERVICE** |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>            Counterclaim Plaintiff,<br><br>    v.<br><br>EPISTAR CORPORATION,<br><br>            Counterclaim Defendant. | |

# CERTIFICATE OF SERVICE

I, Sophol Sareth, am more than eighteen years of age and not a party to the within action. My place of employment and business address is Akin Gump Strauss Hauer & Feld LLP, Two Palo Alto Square, 3000 El Camino Real, Suite 400, Palo Alto, California, 94306.

On July 10, 2008, I served the following:

Epistar Corporation's Opposition to Motion by Philips Lumileds Lighting Company, LLC for Judgment on the Pleadings with Respect to Epistar Corporation's First, Third, and Fourth Claims Regarding Unfair Competition and Tortious Interference

Epistar Corporation's Opposition to Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment

Declaration of Lenny Huang in Support of Epistar Corporation's Opposition to Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment, including Exhibits A – I

Declaration of Titus Chang in Support of Epistar Corporation's Opposition to Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment, including Exhibits 1 - 2

Declaration of Gerald B. Stringfellow, Ph.D. in Support of Epistar Corporation's Opposition to Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment, including Exhibits 1 - 3

Declaration of CC Lu in Support of Epistar Corporation's Opposition to Philips Lumileds Lighting Company, LLC's Motion for Summary Judgment, including Exhibits 1 - 3

by the indicated means to the persons at the addresses listed:

| | |
|---|---|
| Michael J. Lyons<br>Andrew J. Wu<br>**MORGAN, LEWIS & BOCKIUS**<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, California 94306<br>Telephone: (650) 843-3000<br>Fax: (650) 843-4001<br>mlyons@morganlewis.com<br>awu@morganlewis.com | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>✓ Via E-mail |
| Daniel Johnson, Jr.<br>Amy M. Spicer<br>**MORGAN, LEWIS & BOCKIUS**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 | ✓ Via Overnight Courier<br>☐ Via Hand Delivery<br>☐ Via Facsimile |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Telephone: (415) 442-1000<br>Fax: (415) 442-1001<br>djjohnson@morganlewis.com<br>aspicer@morganlewis.com | ☐ Via U.S. Mail<br>✓ Via E-mail |

     I am readily familiar with our firm's practice for collection and processing of correspondence via electronic mail and overnight courier. I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I placed the aforementioned documents in a sealed envelope and delivered them to an authorized FedEx Express drop-off location, following ordinary business practice. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct; that I am employed in the office of a member of the bar of this Court at whose direction the service was made; and that this declaration was executed on July 10, 2008, at Palo Alto, California.

                                                _____
                                                   Sophol Sareth

CERTIFICATE OF SERVICE