YITAI HU (SBN 248085) yhu@akingump.com
STEVEN D. HEMMINGER (SBN 110665) shemminger@akingump.com
SEAN DEBRUINE (SBN 168071) sdebruine@akingump.com
SANG HUI MICHAEL KIM (SBN 203491) mkim@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone:    650.838.2000
Facsimile:    650.838.2001

Attorneys for Plaintiff
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION, | Case No. C 07-5194 CW |
| Plaintiff, | **DECLARATION OF LENNY HUANG IN SUPPORT OF EPISTAR CORPORATION'S OPPOSITION TO MOTION BY PHILIPS LUMILEDS LIGHTING COMPANY, LLC FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR CORPORATION'S FIRST, THIRD, AND FOURTH CLAIMS REGARDING UNFAIR COMPETITION AND TORTIOUS INTERFERENCE** |
| v. | |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC, | |
| Defendant. | |
| | Date: August 7, 2008 |
| | Time: 2:00 p.m. |
| | Location: Courtroom 2, 4th Floor |
| | Judge: The Honorable Claudia Wilken |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC, | |
| Counterclaim Plaintiff, | |
| v. | |
| EPISTAR CORPORATION, | |
| Counterclaim Defendant. | |

1    I, Lenny Huang, declare as follows:

2    1.    I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel to

3  Epistar Corporation ("Epistar") in this action.  I am a member in good standing of the State Bars of

4  New York and New Jersey and admitted to this proceeding *pro hac vice*.  I have personal knowledge of

5  the facts set forth in this declaration, except where otherwise stated, and could testify competently to

6  such facts under oath if called as a witness.

7    2.    Attached as Exhibit A is a true copy of *Stephen Liebb v. C. Daly, Board of Parole*

8  *Hearings Comm'r*, 2008 WL 902110 (N.D.Cal Mar. 31, 2008).

9    3.    Attached as Exhibit B is a true copy of *Jamie Lowe v. Angelo's Italian Foods, Inc.*, 1993

10  WL 560905 (D.Kan. Oct. 8, 1993).

11    4.    Attached as Exhibit C is a true copy of *Julius Briggs v. U.S. and Army and Air Force*

12  *Exch. Serv.*, 2008 WL 941963 (N.D.Cal. Apr. 7, 2008).

13    5.    Attached as Exhibit D is a true copy of *Del Mar Seafoods, Inc. v. Barry Cohen, et al.*,

14  2008 WL 1734749 (N.D.Cal. Apr. 11, 2008).

15    6.    Attached as Exhibit E is a true copy of *Monolithic Power Sys., Inc. v. O2 Micro Int'l*

16  *Ltd.*, 2007 U.S. Dist. LEXIS 22556 (N.D.Cal. Mar. 14, 2007).

17

18    I declare under penalty of perjury under the laws of the United States that the foregoing is true

19  and correct.  Executed on July 10, 2008 at Palo Alto, California.

20

21    /s/
_____
Lenny Huang *(Admitted Pro Hac Vice)*

22

23

24

25

26

27

28

DECLARATION OF LENNY HUANG IN SUPPORT OF EPISTAR CORP.'S                Case No. C 07-5194 CW
OPPOSITION TO PHILIPS LUMILEDS LIGHTING CO., LLC'S MOTION
FOR JUDGMENT ON THE PLEADINGS