MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>                Plaintiff,<br><br>      v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>                Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND EXHIBITS A-L TO THE DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20778338.1

ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' REPLY
ISO MSJ. AND LYONS DECL. EXHS. A-L; C 07-5194
CW

Pursuant to Civil L.R. 79-5, Philips Lumileds Lighting Company, LLC ("Lumileds") requests the following documents to be filed under seal. These documents are confidential and subject to one or more of the following Protective Orders: (1) the Protective Order entered by the administrative law judge in the ITC Investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556, attached as Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds Lighting Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with Lumileds' motion to stay the present litigation; (2) the Stipulated Protective Order in the case *Lumileds Lighting U.S., LLC v. Epistar Corporation*, Case No. 02-5077 CW (EAI) (N.D. Cal.), attached as Exhibit A to the Declaration of Michael Lyons in Support of Lumileds Administrative Request to File Under Seal Lumileds' Motion for Summary Judgment and Exhibits to the Declaration of Ryan Scher in Support of Lumileds Motions for Summary Judgment in the present litigation [D.I. 61]; and (3) the Protective Order in the case *United Epitaxy Co., Ltd. v. Hewlett-Packard Co.*, No. C00-2518 CW (N.D. Cal.), attached as Exhibit B to the Declaration of Michael Lyons in Support of Lumileds Administrative Request to File Under Seal Lumileds' Motion for Summary Judgment and Exhibits to the Declaration of Ryan Scher in Support of Lumileds Motions for Summary Judgment in the present litigation [D.I. 61] (collectively, the "Protective Orders").

1.  Philips Lumileds Lighting Company, LLC's Reply In Support of It Motion for Summary Judgment contains information designated by Lumileds and Epistar Corporation as confidential and subject to one or more of the Protective Orders.

2.  Exhibit A to the Declaration of Michael J. Lyons in Support of Philips Lumileds Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and correct copy of relevant portions of the March 27, 2006 deposition transcript of C.C. Lu in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556, which was admitted as Complainant's Exhibit CX 605C in that investigation. This document contains information designated by Epistar Corporation as confidential and subject to one or more of the Protective Orders.

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

DB2/20778338.1

2

ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' REPLY
ISO MSJ. AND LYONS DECL. EXHS. A-L; C 07-5194 CW

3.      Exhibit B to the Declaration of Michael J. Lyons in Support of Philips Lumileds Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and correct copy of a letter dated June 18, 2004 from Michael J. Lyons to Robert C. Weiss, including attachment. This document contains information designated by Lumileds and Epistar Corporation as confidential and subject to one or more of the Protective Orders.

4.      Exhibit C to the Declaration of Michael J. Lyons in Support of Philips Lumileds Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and correct copy of emails dated April 26, 2004 from Andrew J. Wu to Lawrence R. LaPorte. This document contains information designated by Lumileds and Epistar Corporation as confidential and subject to one or more of the Protective Orders.

5.      Exhibit D to the Declaration of Michael J. Lyons in Support of Philips Lumileds Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and correct copy of a letter dated June 22, 2004 from Andrew J. Wu to Lawrence R. LaPorte. This document contains information designated by Lumileds and Epistar Corporation as confidential and subject to one or more of the Protective Orders.

6.      Exhibit E to the Declaration of Michael J. Lyons in Support of Philips Lumileds Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and correct copy of a letter dated June 24, 2004 from Robert C. Weiss to Michael J. Lyons, including attachment. This document contains information designated by Lumileds and Epistar Corporation as confidential and subject to one or more of the Protective Orders.

7.      Exhibit F to the Declaration of Michael J. Lyons in Support of Philips Lumileds Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and correct copy of a letter dated June 23, 2004 from Lawrence R. LaPorte to Andrew J. Wu. This document contains information designated by Lumileds and Epistar Corporation as confidential and subject to one or more of the Protective Orders.

8.      Exhibit G to the Declaration of Michael J. Lyons in Support of Philips Lumileds Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and correct copy of an email dated April 23, 2004 from Andrew J. Wu to Lawrence R. LaPorte, et. al.,

1  including attachment.  This document contains information designated by Lumileds and Epistar

2  Corporation as confidential and subject to one or more of the Protective Orders.

3      9.     Exhibit H to the Declaration of Michael J. Lyons in Support of Philips Lumileds

4  Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and

5  correct copy of a letter dated April 30, 2004 from Robert C. Weiss to Andrew J. Wu.  This

6  document contains information designated by Lumileds and Epistar Corporation as confidential

7  and subject to one or more of the Protective Orders.

8      10.    Exhibit I to the Declaration of Michael J. Lyons in Support of Philips Lumileds

9  Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and

10 correct copy of a letter dated May 7, 2004 from Michael J. Lyons to Robert C. Weiss, including

11 attachment.  This document contains information designated by Lumileds and Epistar

12 Corporation as confidential and subject to one or more of the Protective Orders.

13     11.    Exhibit J to the Declaration of Michael J. Lyons in Support of Philips Lumileds

14 Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and

15 correct copy of a letter dated May 19, 2004 from Robert C. Weiss to Michael J. Lyons, including

16 attachment.  This document contains information designated by Lumileds and Epistar

17 Corporation as confidential and subject to one or more of the Protective Orders.

18     12.    Exhibit K to the Declaration of Michael J. Lyons in Support of Philips Lumileds

19 Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and

20 correct copy of a letter dated June 16, 2004 from Robert C. Weiss to Michael J. Lyons, including

21 attachment.  This document contains information designated by Lumileds and Epistar

22 Corporation as confidential and subject to one or more of the Protective Orders.

23     13.    Exhibit L to the Declaration of Michael J. Lyons in Support of Philips Lumileds

24 Lighting Company, LLC's Reply in Support of Its Motion for Summary Judgment is a true and

25 correct copy of Epistar Corporation's Responsive Claim Construction Brief filed with the Court

26 on June 18, 2004.  This document contains information designated by Lumileds and Epistar

27 Corporation as confidential and subject to one or more of the Protective Orders.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20778338.1                   4         ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' REPLY
                                           ISO MSJ. AND LYONS DECL. EXHS. A-L; C 07-5194
                                           CW

Lumileds will lodge the aforementioned documents in hard copy with the Court as well as lodge a redacted version of the Reply in Support of Its Motion for Summary Judgment. This request is supported by the following declaration.

For the foregoing reasons, Lumileds requests that the Court order the above documents sealed pursuant to the Protective Order entered by the administrative law judge in the ITC Investigation.

Dated: July 24, 2008                                Respectfully Submitted,

                                                    MORGAN, LEWIS & BOCKIUS LLP


                                                    By  /s/ Michael J. Lyons
                                                        Michael J. Lyons
                                                        Attorneys for Defendant and
                                                        Counterclaimant
                                                        Phillips Lumileds Lighting Company, LLC

I, Michael J. Lyons, declare as follows:

1. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, attorneys for Philips Lumileds Lighting Company, LLC. I am a member in good standing of the Bar of the State of California and admitted to practice in the United States District Court for the Northern District of California. I submit this declaration in support of the above Administrative Request to File Documents Under Seal Pursuant to Civil L.R. 79-5.

2. I have personal knowledge of each statement set forth in the Administrative Request to File Under Seal Pursuant to Civil L.R. 79-5, and each such statement is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this the 24th day of July 2008 in Palo Alto, California.

                                                    /s/ Michael J. Lyons

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20778338.1                                      5        ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' REPLY
                                                             ISO MSJ. AND LYONS DECL. EXHS. A-L; C 07-5194
                                                             CW