MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY,
LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>PHILIPS LUMILEDS LIGHTING<br>COMPANY, LLC,<br><br>                    Defendant.<br>────────────────────────<br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND EXHIBITS A AND B TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20778410.1

ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' REPLY
ISO MJP AND SUPPORTING DECL. EXHS. A AND B;
C 07-5194 CW

1    Pursuant to Civil L.R. 79-5, Philips Lumileds Lighting Company, LLC ("Lumileds")

2    requests the following documents to be filed under seal.  These documents are confidential and

3    subject to one or more of the following Protective Orders: (1) the Protective Order entered by the

4    administrative law judge in the ITC Investigation *In the Matter of Certain High-Brightness Light*

5    *Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556, attached as

6    Exhibit A to the Declaration of Andrew J. Wu in Support of Philips Lumileds Lighting

7    Company's Motion to Stay ("Wu Declaration"), filed with this Court on January 31, 2008, with

8    Lumileds' motion to stay the present litigation; (2) the Stipulated Protective Order in the case

9    *Lumileds Lighting U.S., LLC v. Epistar Corporation*, Case No. 02-5077 CW (EAI) (N.D. Cal.),

10    attached as Exhibit A to the Declaration of Michael Lyons in Support of Lumileds Administrative

11    Request to File Under Seal Lumileds' Motion for Summary Judgment and Exhibits to the

12    Declaration of Ryan Scher in Support of Lumileds Motions for Summary Judgment in the present

13    litigation [D.I. 61]; and (3) the Protective Order in the case *United Epitaxy Co., Ltd. v. Hewlett-*

14    *Packard Co.*, No. C00-2518 CW (N.D. Cal.), attached as Exhibit B to the Declaration of Michael

15    Lyons in Support of Lumileds Administrative Request to File Under Seal Lumileds' Motion for

16    Summary Judgment and Exhibits to the Declaration of Ryan Scher in Support of Lumileds

17    Motions for Summary Judgment in the present litigation [D.I. 61] (collectively, the "Protective

18    Orders").

19    1.    Philips Lumileds Lighting Company, LLC's Reply In Support of It Motion for

20    Judgment on the Pleadings contains information designated by Lumileds and Epistar Corporation

21    as confidential and subject to one or more of the Protective Orders.

22    2.    Exhibit A to the Declaration of Ryan Scher in Support of Philips Lumileds

23    Lighting Company, LLC's Reply in Support of Its Motion for Judgment on the Pleadings is a true

24    and correct copy of the Commission Opinion on Violation, Remedy, the Public Interest, and

25    Bonding, issued May 9, 2007, in the ITC's investigation *In the Matter of Certain High-Brightness*

26    *Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556.  This

27    document contains information designated by Lumileds and Epistar Corporation as confidential

28    and subject to one or more of the Protective Orders.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20778410.1

2

ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' REPLY
ISO MJP AND SUPPORTING DECL. EXHS. A AND B;
C 07-5194 CW

1     3.    Exhibit B to the Declaration of Ryan Scher in Support of Philips Lumileds

2   Lighting Company, LLC's Reply in Support of Its Motion for Judgment on the Pleadings is a true

3   and correct copy of excerpted pages 71-78 regarding "Licensing Defense for MB and OMA

4   Products" from the Initial Determination, issued January 8, 2007, in the ITC's investigation *In the*

5   *Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC

6   Inv. No. 337-TA-556.  This document contains information designated by Lumileds and Epistar

7   Corporation as confidential and subject to one or more of the Protective Orders.

8

9     Lumileds will lodge the aforementioned documents in hard copy with the Court as well as

10   lodge a redacted version of the Reply in Support of Its Motion for Judgment on the Pleadings.

11   This request is supported by the following declaration.

12     For the foregoing reasons, Lumileds requests that the Court order the above documents

13   sealed pursuant to the Protective Order entered by the administrative law judge in the ITC

14   Investigation.

15
      Dated: July 24, 2008                          Respectfully Submitted,
16
                                                     MORGAN, LEWIS & BOCKIUS LLP
17

18
                                                     By  /s/ Michael J. Lyons
19                                                       Michael J. Lyons
                                                         Attorneys for Defendant and
20                                                       Counterclaimant
                                                         Phillips Lumileds Lighting Company, LLC
21

22     I, Michael J. Lyons, declare as follows:

23     1.    I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, attorneys for

24   Philips Lumileds Lighting Company, LLC.  I am a member in good standing of the Bar of the

25   State of California and admitted to practice in the United States District Court for the Northern

26   District of California.  I submit this declaration in support of the above Administrative Request to

27   File Documents Under Seal Pursuant to Civil L.R. 79-5.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20778410.1                      3              ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' REPLY
                                                   ISO MJP AND SUPPORTING DECL. EXHS. A AND B;
                                                   C 07-5194 CW

1        2.       I have personal knowledge of each statement set forth in the Administrative

2   Request to File Under Seal Pursuant to Civil L.R. 79-5, and each such statement is true and

3   correct.

4        I declare under penalty of perjury that the foregoing is true and correct. Executed on this

5   the 24th day of July 2008 in Palo Alto, California.

6                                              /s/ Michael J. Lyons

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

DB2/20778410.1

4

ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' REPLY
ISO MJP AND SUPPORTING DECL. EXHS. A AND B;
C 07-5194 CW