| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Michael J. Lyons (State Bar No. 202284) |
| 2 | Andrew J. Wu (State Bar No. 214442) |
| | Ryan L. Scher (State Bar. No. 244706) |
| 3 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 4 | Palo Alto, CA  94306-2122 |
| | Tel:  650.843.4000 |
| 5 | Fax:  650.843.4001 |
| | mlyons@morganlewis.com |
| 6 | awu@morganlewis.com |
| | rscher@morganlewis.com |

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND EXHIBITS A AND B TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20778443.1

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO
SEAL PHILIPS LUMILEDS' REPLY ISO MJP AND
RYAN DECL EXHS A AND B; C 07-5194 CW

**[PROPOSED] ORDER**

The Court having considered the papers submitted, and the papers on file in this case, and upon good cause showing,

**IT IS HEREBY ORDERED:**

Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

1. Philips Lumileds Lighting Company's Reply In Support Of Its Motion For Judgment on the Pleadings; and

2. Exhibit A To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Judgment on the Pleadings; and

3. Exhibit B To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Judgment on the Pleadings; and

**IT IS SO ORDERED.**

Dated:_____    _____
                                    CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE