MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF REPLY IN SUPPORT OF MOTION BY PHILIPS LUMILEDS LIGHTING COMPANY, LLC FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT**<br><br>Date: August 7, 2008<br>Time: 2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>Judge: The Honorable Claudia Wilken |

**EXHIBITS A-L FILED UNDER SEAL**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20775613.1

DECL. OF MICHAEL J. LYONS ISO
LUMILEDS' REPLY ISO MSJ
(C 07-5194 CW)

I, Michael J. Lyons, hereby declare as follows:

1. I am an attorney duly licensed and admitted to practice before this Court and an partner at the law firm of Morgan, Lewis & Bockius LLP. I am one of the attorneys for defendant and counterclaimant Philips Lumileds Lighting Company, LLC ("Lumileds"), in the present action. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I could testify competently thereto. I make this declaration in support of Lumileds' reply in support of its motion for judgment on the pleadings.

2. Attached hereto as Exhibit A is a true and correct copy of relevant portions of the March 27, 2006 deposition transcript of C.C. Lu in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diods and Products Containing Same*, USITC Inv. No. 337-TA-556, which was admitted as Complainant's Exhibit CX 605C in that investigation. ***This exhibit contains confidential information, subject to protective order.***

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated June 18, 2004 from Michael J. Lyons to Robert C. Weiss, including attachment. ***This exhibit contains confidential information, subject to protective order.***

4. Attached hereto as Exhibit C is a true and correct copy of emails dated April 26, 2004 from Andrew J. Wu to Lawrence R. LaPorte. ***This exhibit contains confidential information, subject to protective order.***

5. Attached hereto as Exhibit D is a true and correct copy of a letter dated June 22, 2004 from Andrew J. Wu to Lawrence R. LaPorte. ***This exhibit contains confidential information, subject to protective order.***

6. Attached hereto as Exhibit E is a true and correct copy of a letter dated June 24, 2004 from Robert C. Weiss to Michael J. Lyons, including attachment. ***This exhibit contains confidential information, subject to protective order.***

7. Attached hereto as Exhibit F is a true and correct copy of a letter dated June 23, 2004 from Lawrence R. LaPorte to Andrew J. Wu. ***This exhibit contains confidential information, subject to protective order.***

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20775613.1

DECL. OF MICHAEL J. LYONS ISO
LUMILEDS' REPLY ISO MSJ
(C 07-5194 CW)

8. Attached hereto as Exhibit G is a true and correct copy of an email dated April 23, 2004 from Andrew J. Wu to Lawrence R. LaPorte, et. al., including attachment. ***This exhibit contains confidential information, subject to protective order.***

9. Attached hereto as Exhibit H is a true and correct copy of a letter dated April 30, 2004 from Robert C. Weiss to Andrew J. Wu. ***This exhibit contains confidential information, subject to protective order.***

10. Attached hereto as Exhibit I is a true and correct copy of a letter dated May 7, 2004 from Michael J. Lyons to Robert C. Weiss, including attachment. ***This exhibit contains confidential information, subject to protective order.***

11. Attached hereto as Exhibit J is a true and correct copy of a letter dated May 19, 2004 from Robert C. Weiss to Michael J. Lyons, including attachment. ***This exhibit contains confidential information, subject to protective order.***

12. Attached hereto as Exhibit K is a true and correct copy of a letter dated June 16, 2004 from Robert C. Weiss to Michael J. Lyons, including attachment. ***This exhibit contains confidential information, subject to protective order.***

13. Attached hereto as Exhibit L is a true and correct copy of Epistar Corporation's Responsive Claim Construction Brief filed with the Court on June 18, 2004. ***This exhibit contains confidential information, subject to protective order.***

I declare under the penalty of perjury under the laws of California and the United States that the foregoing is true and correct. Executed this 24th day of July, 2008 in Palo Alto, California.

/s/
Michael J. Lyons

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

DB2/20775613.1        2        DECL. OF MICHAEL J. LYONS ISO
LUMILEDS' REPLY ISO MSJ
(C 07-5194 CW)