MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax:  415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>                    Plaintiff,<br><br>           v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING, LLC'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR CORPORATION'S FIRST, THIRD, AND FOURTH CLAIMS REGARDING UNFAIR COMPETITION AND TORTIOUS INTERFERENCE (WITH EXHIBITS A–C)**<br><br>**EXHIBITS A AND B SUBMITTED UNDER SEAL**<br><br>Date:  August 7, 2008<br>Time:  2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>Judge:  The Honorable Claudia Wilken |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20765992.2

DECL. OF RYAN SCHER ISO PHILIPS LUMILEDS'
REPLY ISO MOT. FOR J. ON THE PLEADINGS
(C 07-5194 CW)

I, Ryan Scher, hereby declare as follows:

1.  I am an attorney duly licensed and admitted to practice before this Court and an associate at the law firm of Morgan, Lewis & Bockius LLP.  I am one of the attorneys for defendant and counterclaimant Philips Lumileds Lighting Company, LLC ("Lumileds"), in the present action.  I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I could testify competently thereto.  I make this declaration in support of Lumileds' motion for judgment on the pleadings.

2.  Attached hereto as Exhibit A is a true and correct copy of the Commission Opinion on Violation, Remedy, the Public Interest, and Bonding, issued May 9, 2007, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556.  ***This exhibit contains confidential information, subject to protective order.***

3.  Attached hereto as Exhibit B is a true and correct copy of excerpted pages 71-78 regarding "Licensing Defense for MB and OMA Products" from the Initial Determination, issued January 8, 2007, in the ITC's investigation *In the Matter of Certain High-Brightness Light Emitting Diodes and Products Containing Same*, USITC Inv. No. 337-TA-556.  ***This exhibit contains confidential information, subject to protective order.***

4.  Attached hereto as Exhibit C is a true and correct copy of *Bylin Heating Sys. v. M&M Gutters, LLC et al.*, 2008 U.S. Dist. LEXIS 21253 (E.D. Cal. 2008).

I declare under the penalty of perjury under the laws of California and the United States that the foregoing is true and correct.  Executed this 24th day of July, 2008 in Palo Alto, California.

Respectfully submitted,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20765992.2           2           DECL. OF RYAN SCHER ISO PHILIPS LUMILEDS'
                                     REPLY MOT. FOR JUDGMENT ON THE PLEADINGS
                                     (C 07-5194 CW)

1
2
3          By     /s/ Ryan L. Scher
               Ryan L. Scher (State Bar. No. 244706)
4              MORGAN, LEWIS & BOCKIUS LLP
               2 Palo Alto Square
5              3000 El Camino Real, Suite 700
               Palo Alto, CA 94306
6              Telephone: (650)843-4000
               Facsimile: (650)843-40001
7
           Attorney for Defendant and
           Counterclaimant
8          PHILIPS LUMILEDS LIGHTING
           COMPANY, LLC
9
10
...
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20765992.2                    3            DECL. OF RYAN SCHER ISO PHILIPS LUMILEDS'
                                               REPLY MOT. FOR JUDGMENT ON THE PLEADINGS
                                                                        (C 07-5194 CW)