| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | Michael J. Lyons (State Bar No. 202284) |
| 2 | Andrew J. Wu (State Bar No. 214442) |
| | Ryan L. Scher (State Bar No. |
| 3 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 4 | Palo Alto, CA  94306-2122 |
| | Tel:  650.843.4000 |
| 5 | Fax:  650.843.4001 |
| | mlyons@morganlewis.com |
| 6 | awu@morganlewis.com |
| | rscher@morganlewis.com |
| 7 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | Daniel Johnson, Jr. (State Bar No. 57409) |
| | Amy M. Spicer (State Bar No. 188399) |
| 9 | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| 10 | Tel: 415.442.1000 |
| | Fax:  415.442.1001 |
| 11 | djjohnson@morganlewis.com |
| | aspicer@morganlewis.com |
| 12 | |
| | Attorneys for Defendant and Counterclaimant |
| 13 | PHILIPS LUMILEDS LIGHTING COMPANY, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION, | Case No. C 07-5194 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| PHILIPS LUMILEDS LIGHTING COMPANY, LLC, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20778726.1

CERTIFICATE OF SERVICE
CASE NO. 07-5194 CW

**CERTIFICATE OF SERVICE**

I am employed in the City of Palo Alto, County of Santa Clara, State of California, I am over the age of 18 years and not a party to the within action. My business address is 2 Palo Alto Square, 3000 El Camino Real, Palo Alto, California 94306. On July 24, 2008, I caused copies of the attached document(s) described as follows:

[SEALED] PHILIPS LUMILEDS LIGHTING COMPANY, LLC'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT;

CONFIDENTIAL EXHIBITS A-L TO THE DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF REPLY IN SUPPORT OF MOTION BY PHILIPS LUMILEDS LIGHTING COMPANY, LLC FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT;

[SEALED] REPLY BY PHILIPS LUMILEDS LIGHTING, LLC IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR CORPORATION'S FIRST, THIRD, AND FOURTH CLAIMS REGARDING UNFAIR COMPETITION AND TORTIOUS INTERFERENCE; and

CONFIDENTIAL EXHIBITS A & B TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING, LLC'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO EPISTAR CORPORATION'S FIRST, THIRD, AND FOURTH CLAIMS REGARDING UNFAIR COMPETITION AND TORTIOUS INTERFERENCE

to be served on:

Yitai Hu, Esq.
Steven D. Hemminger, Esq.
Sang Hui Michael Kim, Esq.
Lenny Huang, Esq.
Akin Gump Strauss Hauer & Feld LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
yhu@akingump.com
shemminger@akingump.com
mkim@akingump.com
lhuang@akingump.com

_____ (BY OVERNIGHT DELIVERY) I caused each such envelope to the addressee(s) noted above, with charges fully prepaid, to be sent by overnight delivery from Palo Alto, California. I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for collection and processing of correspondence for overnight delivery, said practice being that in the ordinary course of business, mail is placed with the overnight delivery service on the same day as it is placed for collection.

   X    (BY ELECTRONIC MAIL) The person whose name is noted below caused to be transmitted by electronic mail each such document to the addressee(s) noted above.

_____ (BY FIRST CLASS MAIL) I caused each such envelope to the addressee(s) noted above, with postage thereon fully prepaid, to be placed in the United States mail in Palo Alto,

1  California.  I am readily familiar with the practice of Morgan, Lewis & Bockius LLP for
   collection and processing of correspondence for mailing, said practice being that in the ordinary
2  course of business mail is deposited in the United States Postal Service the same date as it is
   placed for collection; and
3
        _____(BY FACSIMILE)  The person whose name is noted below caused to be
4  transmitted by facsimile each such document to the addressee(s) noted above; and

5       __X__(BY PERSONAL SERVICE)  The person whose name is noted below caused to
   be delivered by hand each such envelope to the addressee(s) noted above.
6
7       I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.  Executed at Palo Alto, California, on July 24, 2008.
8
9                                       /s/ Marilyn J. Boensch
                                        Marilyn J. Boensch
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20778726.1                          2                          CERTIFICATE OF SERVICE
                                                                   CASE NO. 07-5194 CW