1  Robert C. Weiss (State Bar No. 39929)
   Lawrence R. LaPorte (State Bar No. 130003)
2  JONES DAY
3  555 South Flower Street
   Fiftieth Floor
4  Los Angeles, CA  90071-2300
   Telephone:  (213) 489-3939
5  Facsimile:   (213) 243-2539

6  Attorneys for Plaintiff
7  EPISTAR CORPORATION

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12

13 EPISTAR CORPORATION,                  | Case No. C 07-5194 CW

14           Plaintiff,                  | Assigned for all purposes to
             v.                          | Honorable Claudia Wilken
15
   PHILIPS LUMILEDS LIGHTING
16 COMPANY, LLC,

17           Defendant.

18

19 PHILIPS LUMILEDS LIGHTING             | **NOTICE OF APPEARANCE**
   COMPANY, LLC,
20                                       | Appearing for:
21           Counterclaim Plaintiff,
                                         | Plaintiff and Counterclaim
22           v.                          | Defendant Epistar Corporation

23 EPISTAR CORPORATION,

24           Counterclaim Defendant.

25

26

27

28

LAI-2963656v1                                          NOTICE OF APPEARANCE
                                                              C 07-5194 CW

1  NOTICE IS HEREBY GIVEN that the undersigned attorneys, Robert C.
2  Weiss and Lawrence R. LaPorte, members of the bar of this Court, enter their
3  appearance in the above-captioned action as counsel for Plaintiff and Counterclaim
4  Defendant Epistar Corporation, and respectfully request service of pleadings and
5  
6  other papers filed in this action and any orders and notices from this Court:

7  
      Robert C. Weiss
      California State Bar No. 39929
8        Lawrence R. LaPorte
      California State Bar No. 130003
9        JONES DAY
10       555 South Flower Street
      Fiftieth Floor
11       Los Angeles, California  90071-2300
      Telephone:  (213) 489-3939
12       Facsimile:  (213) 243-2539
13       Email:    rcweiss@jonesday.com
                llaporte@jonesday.com
14

15
16  Dated:   July 25, 2008           JONES DAY
17
18                                   By: /s/ Lawrence R. LaPorte
                                         Lawrence R. LaPorte
19
20                                   Attorneys for Plaintiff and
                                     Counterclaim Defendant
21                                   EPISTAR CORPORATION

22  .
23
24
25
26
27
28

**PROOF OF SERVICE**

I, Yolanda Ybuan, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On July 25, 2008, I served a copy of the within document(s):

**NOTICE OF APPEARANCE**

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Michael J. Lyons, Esq.
Andew J. Wu, Esq.
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2121
**Fax No.:** 650.843.4001

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 25, 2008, at Los Angeles, California.

_____
Yolanda Ybuan

LAI-2964487v1                                               NOTICE OF APPEARANCE