```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

LUMILEDS LIGHTING U.S. LLC,                NO. C 05-04521 CW

       Plaintiff,

  v.

EPISTAR CORPORATION ET AL,

       Defendants
_____

EPISTAR CORP.                              NO. C 07-05194 CW

       Plaintiff,

  v.                                       **MINUTE ORDER**
                                           Date: 8/7/08
PHILIPS LUMILEDS LIGHTING

       Defendant.

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill      Court Reporter:**  Raynee Mercado

**Appearances for Plaintiff:**
Daniel Johnson; Michael Lyons

**Appearances for Defendant:**
Robert Weiss; Larry La Porte; Lenny Huang

                        **Motions:**

| | | |
|---|---|---|
| Dft. Philips Lumileds Lighting LLC | Mo. for judgment on the pleadings with respect to Epistar Corporation's first, third, and fourth claims regarding unfair competition and tortious interference | Under submission |
| Dft. Philips Lumileds Lighting Co. LLC | Mo. for summary judgment on Epistar Corporation's claim for breach of contract | Under submission |

Further briefing due:

Order to be prepared by:  Court

**Further Case Management Conference Held?:**  No

Notes:  Motions taken under submission.  Parties to notify Court within one week when decision comes down from federal circuit what effect decision has on pending claims and stipulate to a date for a case management conference and submit CMC statement one week prior to conference.  Parties to get mediator now and schedule session for September or October and reschedule if opinion not out by then.

Copies to:  Chambers