MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PHILIPS LUMILEDS LIGHTING COMPANY'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT AND EXHIBITS 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20, AND 21 TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S MOTION FOR SUMMARY JUDGMENT ON EPISTAR CORPORATION'S CLAIM FOR BREACH OF CONTRACT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709686.1

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO SEAL
LUMILEDS' MOT. FOR S. J. & EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14,
15, 16, 18, 19, 20 & 21 TO SUPP. SCHER DECL.; C 07-5194 CW

**ORDER**

The Court having considered the papers submitted, and the papers on file in this case, and upon good cause showing,

**IT IS HEREBY ORDERED:**

Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

1. Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

2. Exhibit 1 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

3. Exhibit 2 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

4. Exhibit 3 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

5. Exhibit 6 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

6. Exhibit 7 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

7. Exhibit 8 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

8. Exhibit 9 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709686.1

2

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR S. J. & EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO SUPP. SCHER DECL.; C 07-5194 CW

of Contract; and

9. Exhibit 11 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

10. Exhibit 12 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

11. Exhibit 14 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

12. Exhibit 15 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

13. Exhibit 16 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

14. Exhibit 18 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

15. Exhibit 19 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

16. Exhibit 20 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract; and

17. Exhibit 21 To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Summary Judgment on Epistar Corporation's Claim for Breach of Contract.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709686.1

3

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO SEAL LUMILEDS' MOT. FOR S. J. & EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14, 15, 16, 18, 19, 20 & 21 TO SUPP. SCHER DECL.; C 07-5194 CW

1  **IT IS SO ORDERED.**

3  Dated: 8/12/08 _____    _____
4  CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709686.1

4

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO SEAL
LUMILEDS' MOT. FOR S. J. & EX. 1, 2, 3, 6, 7, 8, 9, 11, 12, 14,
15, 16, 18, 19, 20 & 21 TO SUPP. SCHER DECL.; C 07-5194 CW