1  MORGAN, LEWIS & BOCKIUS LLP
   Michael J. Lyons (State Bar No. 202284)
2  Andrew J. Wu (State Bar No. 214442)
   Ryan L. Scher (State Bar. No. 244706)
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2122
   Tel:  650.843.4000
5  Fax:  650.843.4001
   mlyons@morganlewis.com
6  awu@morganlewis.com
   rscher@morganlewis.com
7
   MORGAN, LEWIS & BOCKIUS LLP
8  Daniel Johnson, Jr. (State Bar No. 57409)
   Amy M. Spicer (State Bar No. 188399)
9  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
10 Tel:  415.442.1000
   Fax:  415.442.1001
11 djjohnson@morganlewis.com
   aspicer@morganlewis.com
12
   Attorneys for Defendant and Counterclaimant
13 PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>               Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PHILIPS LUMILEDS LIGHTING COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS AND EXHIBITS C, D, E, G, I, J, AND K TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709687.1

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' MOT. FOR J. ON THE PL. AND EX. C, D, E, G, I, J, K TO THE SUPP. SCHER DECL.; C 07-5194 CW

**ORDER**

The Court having considered the papers submitted, and the papers on file in this case, and upon good cause showing,

**IT IS HEREBY ORDERED:**

Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

1. Philips Lumileds Lighting Company's Motion for Judgment on the Pleadings; and

2. Exhibit C To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Judgment on the Pleadings; and

3. Exhibit D To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Judgment on the Pleadings; and

4. Exhibit E To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Judgment on the Pleadings; and

5. Exhibit G To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Judgment on the Pleadings; and

6. Exhibit I To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Judgment on the Pleadings; and

7. Exhibit J To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Judgment on the Pleadings; and

8. Exhibit K To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Motion for Judgment on the Pleadings.

**IT IS SO ORDERED.**

Dated: 8/12/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3709687.1

2

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' MOT. FOR J. ON THE PL. AND EX. C, D, E, G, I, J, K TO THE SUPP. SCHER DECL.; C 07-5194 CW