MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND EXHIBITS A-L TO THE DECLARATION OF MICHAEL J. LYONS IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20778431.1

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO
SEAL PHILIPS LUMILEDS' REPLY ISO MSJ. AND
LYONS DECL. EXHS. A-L; C 07-5194 CW

**ORDER**

The Court having considered the papers submitted, and the papers on file in this case, and upon good cause showing,

**IT IS HEREBY ORDERED:**

Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

1. Philips Lumileds Lighting Company's Reply In Support Of Its Motion For Summary Judgment; and

2. Exhibit A To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

3. Exhibit B To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

4. Exhibit C To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

5. Exhibit D To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

6. Exhibit E To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

7. Exhibit F To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

8. Exhibit G To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

9. Exhibit H To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

10. Exhibit I To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

11. Exhibit J To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

12. Exhibit K To The Declaration Of Michael J. Lyons In Support Of Philips

1  Lumileds Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

2        13.    Exhibit L To The Declaration Of Michael J. Lyons In Support Of Philips Lumileds

3  Lighting Company's Reply In Support Of Its Motion for Summary Judgment; and

4      **IT IS SO ORDERED.**

6  Dated: 8/12/08        _/s/ Claudia Wilken_

7                                            CLAUDIA WILKEN
                                          UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20778431.1      3      [PROPOSED] ORDER GRANTING ADMIN. REQ. TO SEAL PHILIPS LUMILEDS' REPLY ISO MSJ. AND LYONS DECL. EXHS. A-L; C 07-5194 CW