1 | MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
2 | Andrew J. Wu (State Bar No. 214442)
Ryan L. Scher (State Bar. No. 244706)
3 | 2 Palo Alto Square
3000 El Camino Real, Suite 700
4 | Palo Alto, CA  94306-2122
Tel:  650.843.4000
5 | Fax:  650.843.4001
mlyons@morganlewis.com
6 | awu@morganlewis.com
rscher@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaimant
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>                  Plaintiff,<br><br>          v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>                  Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-5194 CW<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5 PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND EXHIBITS A AND B TO THE DECLARATION OF RYAN SCHER IN SUPPORT OF PHILIPS LUMILEDS LIGHTING COMPANY'S REPLY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20778443.1

[PROPOSED] ORDER GRANTING ADMIN. REQ. TO
SEAL PHILIPS LUMILEDS' REPLY ISO MJP AND
RYAN DECL EXHS A AND B; C 07-5194 CW

# ORDER

The Court having considered the papers submitted, and the papers on file in this case, and upon good cause showing,

**IT IS HEREBY ORDERED:**

Pursuant to Civil L.R. 79-5, the Clerk shall place under seal the following documents:

1. Philips Lumileds Lighting Company's Reply In Support Of Its Motion For Judgment on the Pleadings; and

2. Exhibit A To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Judgment on the Pleadings; and

3. Exhibit B To The Declaration Of Ryan Scher In Support Of Philips Lumileds Lighting Company's Reply In Support Of Its Motion for Judgment on the Pleadings; and

**IT IS SO ORDERED.**

Dated: 8/12/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE