MORGAN, LEWIS & BOCKIUS LLP
Michael J. Lyons (State Bar No. 202284)
Andrew J. Wu (State Bar No. 214442)
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
mlyons@morganlewis.com
awu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Daniel Johnson, Jr. (State Bar No. 57409)
Amy M. Spicer (State Bar No. 188399)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
djjohnson@morganlewis.com
aspicer@morganlewis.com

Attorneys for Defendant and Counterclaim Plaintiff
PHILIPS LUMILEDS LIGHTING COMPANY, LLC

JONES DAY
Robert C. Weiss (State Bar No. 39,929)
555 So. Flower Street, 50th Floor
Los Angeles, CA 90071
Tel: 213.489.3939
Fax: 213.243.2539
rcweiss@jonesday.com

Attorneys for Plaintiff and Counterdefendant
EPISTAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EPISTAR CORPORATION,<br><br>　　　Plaintiff and Counterclaim Defendant,<br><br>　　　v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY, LLC,<br><br>　　　Defendant and Counterclaim Plaintiff. | Case No. C 07-5194 CW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21335125.1

STIPULATION OF DISMISSAL
(C 07-5194 CW)

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

The undersigned hereby stipulate pursuant to the terms of their settlement agreement that the instant action, Case No. C 07-5194 CW, is hereby dismissed with prejudice. The Court shall retain jurisdiction and venue over the instant action to enforce the terms of the settlement agreement between the parties. Each party shall bear its own costs, expenses, and attorneys' fees.

SO STIPULATED

Dated: _September 21_, 2009         MORGAN, LEWIS & BOCKIUS LLP

By _/s/_

Attorneys for Defendant and Counterclaim Plaintiff
PHILIPS LUMILEDS LIGHTING COMPANY, LLC.

Dated: _9-21_, 2009         JONES DAY

By _/s/_

Attorneys for Plaintiff and Counterclaim Defendant
EPISTAR CORPORATION

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _September 22_, 2009

_/s/ Claudia Wilken_
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE